**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF REMOVAL**

# EXHIBIT A

## Complaint

*Lynne M. Bucklin v. Bank of America, N.A.,*
**United States District Court, Middle District of Florida**
**Fort Myers Division**

11-2024-CA-000443-0001-XX

Filing # 192623563 E-Filed 02/23/2024 02:30:59 PM

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL DIVISION**

LYNNE M. BUCKLIN,                                      Case No.: _____
an individual,

       Plaintiff,

v.

BANK OF AMERICA, N.A.,
a National Banking Association,

       Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff, Lynne M. Bucklin ("Mrs. Bucklin" or "Plaintiff"), by and through her undersigned attorneys, and hereby sues Defendant, BANK OF AMERICA, N.A. ("Bank of America" or "Defendant"), and alleges the following:

## NATURE OF ACTION

1.     Plaintiff, Mrs. Bucklin, is sixty-seven (67) years old and the recent victim of fraud by unknown perpetrator(s).

2.     Soon after unexpectedly losing her husband to a heart attack, Mrs. Bucklin was victimized by a series of fraudulent electronic communications and phone calls from one or more cyber-criminals purporting to be an investigative officer and financial expert for the Federal Trade Commission ("FTC"), as part of a sophisticated social engineering scam to steal over $1,500,000.00 from two (2) accounts Mrs. Bucklin had with Defendant, Bank of America.

1

3.     The fraudster(s) affected several fraudulent electronic and wire transfers from Mrs. Bucklin's accounts with Defendant, all of which were promptly reported as unauthorized when discovered.

4.     The fraudulent funds transfers at issue involve, *inter alia*, Plaintiff's personal checking account (ending 2226) ("Personal Account") and an account belonging to her late husband's estate, The Estate of Charles S. Bucklin ("the Estate") (ending 5668) ("Estate Account") (collectively, "Plaintiff's Accounts" or "the Accounts"). At all times material to this action, Mrs. Bucklin, in her capacity as personal representative of the Estate, was the administrator of the Estate Account.

5.     During the period of February 24, 2022, through March 11, 2022, the perpetrator(s), posing as an FTC representative, gained unauthorized access to Mrs. Bucklin's Accounts and affected the following wire transfers from her Personal Account to an unknown individual's bank account in Albany, Georgia, and BAM Trading Services, Inc., d/b/a Binance.US ("Binance"), a cryptocurrency exchange platform:

| DATE | AMOUNT | FINANCIAL INSTITUTION / RECIPIENT |
|---|---|---|
| Feb. 24, 2022 | $69,900.00 | Regions Bank / Sandra Leaper Rickert |
| Feb. 28, 2022 | $254,369.00 | Silvergate Bank / BAM Trading Services, Inc. |
| March 3, 2022 | $269,000.00 | Silvergate Bank / BAM Trading Services, Inc. |
| March 9, 2022 | $369,000.00 | Silvergate Bank / BAM Trading Services, Inc. |
| March 11, 2022 | $371,000.00 | Silvergate Bank / BAM Trading Services, Inc. |
| **TOTAL** | **$1,323,269.00** | |

6.       Additionally, on March 14, 2022, the perpetrator(s) made an unauthorized electronic funds transfer from the Estate Account to Mrs. Bucklin's Personal Account in the amount of $1,200,000.00, and then fraudulently affected another wire transfer on March 15, 2022, from Mrs. Bucklin's Personal Account to Binance in the amount of $639,000.00.

7.       The transactions at issue were all highly irregular in light of Mrs. Bucklin's banking history, the frequency and amount of the fund transfers, and the recipients of the funds. In fact, prior to the unauthorized electronic and wire transfers in question, Mrs. Bucklin had never requested or made a wire transfer before in her entire life.

8.       Despite immediately disputing the unauthorized transactions, documenting the fraud directly with the Defendant and federal and state law enforcement authorities, the fact that the transactions were completely inconsistent with the Mrs. Bucklin's age, sophistication, and account history, and Defendant's complete lack of care with respect to Plaintiff and the Accounts, Defendant nevertheless denied Mrs. Bucklin's claims for reimbursement.

9.       Accordingly, Mrs. Bucklin hereby brings this action against Bank of America for violations of the Electronic Fund Transfer Act, 15 U.S.C. §§ 1693, *et. seq.* ("EFTA"); violations of Article 4A of the Florida Uniform Commercial Code, Ch. 670, Fla. Stat.; breach of contract; and breach of the covenant of good faith and fair dealing; or, in the alternative, for negligence; negligent hiring, retention, training, and supervision; and promissory estoppel.

## PARTIES

10.      Plaintiff, Lynne M. Bucklin, is an individual and resident of the state of Florida and is otherwise *sui juris*.

11.      Mrs. Bucklin is a "consumer" as that term is defined by the EFTA, 15 U.S.C. § 1693a(6).

12.     At all times relevant to this action, Mrs. Bucklin maintained two (2) accounts with Bank of America that are and/or were used primarily for personal, family, or household purposes (*i.e.*, Plaintiff's Personal Account and the Estate Account), both of which are at issue in this matter.

13.     Defendant, Bank of America, N.A., is a national banking association organized under federal banking law with a principal place of business located at 100 North Tyron Street, Charlotte, NC 28255. At all times relevant to this action, Bank of America is and/or was a "financial institution" as that term is defined by the EFTA, 15 U.S.C. § 1693a(9), and a "creditor" as defined by 15 U.S.C. § 1602(g).

## JURISDICTION AND VENUE

14.     This Court has subject-matter jurisdiction over this action pursuant to Section 26.012(2)(a), Florida Statutes, as this is an action for damages in excess of $1,500,000.00, exclusive of all interest, costs, attorneys' fees, special damages, and punitive damages.

15.     This Court has personal jurisdiction over Bank of America pursuant to Section 48.193(1)(a), Florida Statutes, because Bank of America operates, conducts, engages in, or carries on a business or business venture in the state of Florida; and pursuant to Section 48.193(1)(a)(6)(a), Florida Statutes, because Bank of America caused injury to persons within this state arising out of an act or omission by it outside of this state when, at or about the time of the injury, it engaged in solicitation or service activities within this state.

16.     Venue is proper in this Court pursuant to Section 47.011, Florida Statutes, as the causes of action alleged herein accrued in Collier County, Florida.

17.     All conditions precedent to the institution of this action have occurred, been waived, or otherwise been excused.

18.     Plaintiff has retained the undersigned law firm to represent her in this action and has agreed and obligated herself to pay the firm its reasonable attorneys' fees in connection with same.

## FACTUAL ALLEGATIONS

### A. The Relevant Scam

19.     On or about February 24, 2022, Mrs. Bucklin received a phone call from an individual going by the name of Bruce Williams ("Williams") and claiming to be an investigative officer and financial expert for the FTC, who proceeded to inform Mrs. Bucklin that her social security number had been compromised.

20.     Immediately thereafter, Mrs. Bucklin received several electronic communications from Williams containing, among other things: (1) a picture of Williams' FTC badge; (2) Williams' FTC badge number; and (3) a letter from Williams' superiors informing Mrs. Bucklin that her social security number, bank accounts, including her Accounts with Bank of America, and other sensitive personal information had been compromised, that a formal investigation had been opened, and that Williams was a financial expert and FTC investigative officer assigned to her case. ("FTC Letter"). A true and correct copy of the FTC Letter is attached hereto as "**Exhibit A**."

21.     The FTC Letter also provided Mrs. Bucklin with a phone number to contact Williams in case she wanted to ask any questions and to receive updates.

22.     Contemporaneous with and subsequent to receiving the electronic communications concerning Plaintiff's sensitive personal and financial information, Plaintiff was further victimized by a series of text messages and phone calls from Williams. Williams somehow knew that Mrs. Bucklin was going through probate for her late husband's Estate, and ultimately convinced Mrs.

Bucklin that if she told anyone about Williams' involvement, she would be in violation of a confidentiality agreement.

23.     Unbeknownst to Mrs. Bucklin, Williams then gained remote access to Mrs. Bucklin's computer to manipulate her Accounts online and steal her identity. Williams then used Mrs. Bucklin's email and other credentials to fraudulently establish an account with Binance under Mrs. Bucklin's name.

24.     After manipulating Plaintiff's bank account statements online without her knowledge or authorization, Williams used the fraudulent bank statements to convince Mrs. Bucklin that both the Personal Account and Estate Account had been compromised. Williams proceeded to instruct Mrs. Bucklin on the steps she would need to take in order to protect the funds in her Accounts.

25.     Specifically, and set forth in more detail below, Williams instructed Mrs. Bucklin that: (1) she needed to move quickly; (2) she could not tell anyone about Williams' involvement or she would be in violation of a confidentiality agreement; and (3) she needed to make a series of wire transfers from the Accounts and temporarily convert those funds into cryptocurrency, and, once the matter was resolved, the funds would be returned to Mrs. Bucklin's Accounts. At or around this time, Williams used Mrs. Bucklin's personal information to further victimize Mrs. Bucklin by opening a fraudulent account with Binance using Mrs. Bucklin's name.

### B. *The Fraudulent Funds Transfers*

26.     Pursuant to Williams' instructions, on February 24, 2022, Mrs. Bucklin went to the Bank of America branch located at 899 Vanderbilt Beach Road, Naples, FL 34108 ("Pavilion Branch"), and requested Bank of America to make a wire transfer in the amount of $69,900.00 from her Personal Account to an account at Regions Bank in Albany, Georgia.

27.     Notably, Bank of America did not question the validity or stated purpose of Mrs. Bucklin's request and processed and sent the wire transfer that same day, despite the fact that Mrs. Bucklin had never before wired funds or even attempted to wire funds at any point prior to February 24, 2022. After this wire transfer was processed and sent, Mrs. Bucklin's Personal Account had a total balance of approximately $970,799.25.

28.     The next day (i.e., February 25, 2022), still acting pursuant to Williams' instructions, Mrs. Bucklin went to the Bank of America branch located at 5626 Tavilla Circle, Naples, FL 34110 ("the Strand Branch"), and requested Bank of America to make a wire transfer in the amount of $254,369.00 from her Personal Account to Binance's bank account in California.

29.     According to records from Bank of America dated February 25, 2022, the purpose of Mrs. Bucklin's wire transfer was "trade related," however, Bank of America did not inquire into Mrs. Bucklin's stated purpose or the validity of this transaction and processed and sent the wire transfer the following business day. After this wire transfer was processed and sent on February 28, 2022, Mrs. Bucklin's Personal Account had a total balance of approximately $716,430.25.

30.     On March 3, 2022, Mrs. Bucklin once again visited the Strand Branch and requested the same Bank of America representative that previously assisted Mrs. Bucklin transfer on February 25, 2022, that she wanted to make another wire transfer in the amount of $269,000.00 from her Personal Account to Binance's bank account for "trade related" purposes.

31.     The Bank of America representative at the Strand Branch once again failed to inquire into the validity of this wire transfer or Mrs. Bucklin's stated purpose and processed and sent the wire transfer that same day. After this wire transfer was processed and sent on March 3, 2022, Mrs. Bucklin's Personal Account had a total balance of approximately $447,430.25.

32.     On March 9, 2022, Mrs. Bucklin went to the Strand Branch for a third time and requested Bank of America to make yet another wire transfer in the amount of $369,000.00 from her Personal Account to Binance's bank account. Bank of America failed to inquire as to the validity or stated purpose of Mrs. Bucklin's request and attempted to process and send the wire transfer that same day. However, due to the frequency and amount of Mrs. Bucklin's previous two (2) wire transfers to Bincance, the beneficiary bank (i.e., SilverGate Bank) rejected the wire transfer on March 9, 2022, and returned the funds to Bank of America to be deposited back in Mrs. Bucklin's Personal Account.

33.     Upon learning that Binance rejected the March 9, 2022, wire transfer, Williams emailed Binance from Mrs. Bucklin's email account pretending to be her in attempt to convince Binance that these transactions were legitimate and to accept additional wire transfers. Unfortunately, after answering some basic questions posed by Binance, Williams succeeded in convincing Binance to accept more wire transfers from Mrs. Bucklin's Personal Account.

34.     On March 11, 2022, Mrs. Bucklin, still acting pursuant to Williams' instructions, went to the Pine Ridge Branch and requested Bank of America to make a wire transfer in the amount of $371,000.00 from her Personal Account to Binance's bank account, again for "trade related" purposes.

35.     Bank of America once again failed to inquire as to the validity or stated purpose of Mrs. Bucklin's wire transfer and processed and sent the wire that same day. After this wire transfer was processed and sent on March 11, 2022, Mrs. Bucklin's Personal Account had a total balance of approximately $76,430.25.

36.     Shockingly, Bank of America permitted these wire transfers despite the total balance of Mrs. Bucklin's Personal Account decreasing from $1,045,576.00 as of February 23,

2022, all the way down to $76,430.25 as of March 11, 2022, all the while failing to inquire as to the validity or stated purpose of the wire transfers in question.

37.     To make matter worse, on or about March 14, 2022, Williams gained unauthorized access to Mrs. Bucklin's Bank of America online banking account and transferred via ACH $1,200,000.00 from the Estate Account to Mrs. Bucklin's Personal Account.

38.     On the next day, March 15, 2023, Mrs. Bucklin went to the Strand Branch for the fourth time and requested the same Bank of America representative that assisted her the previous three (3) times to make a wire transfer from her Personal Account to Binance's bank account in the amount of $639,000.00. Bank of America once again failed to inquire as to the validity of this wire transfer or Mrs. Bucklin's stated purpose and processed and sent the wire transfer that same day.

39.     When the funds were not returned to Mrs. Bucklin's Accounts on March 17, 2022, Mrs. Bucklin immediately contacted the verified phone number for the FTC and told them what had happened, at which time the FTC informed Mrs. Bucklin that she had been the victim of a scam.

40.     Mrs. Bucklin immediately contacted Bank of America's Fraud Department and informed them of the fraudulent wire and electronic transfers in the Accounts (Claim Number: 18MAR2022-805133) and promptly submitted an IC3 Report to the FBI.

41.     During the relevant period, Mrs. Bucklin was under a tremendous amount of stress, as she had recently lost her husband, just had major surgery, and was in fear of losing her entire life savings, as well as the funds in the Estate Account for which she was responsible as personal representative of the Estate.

42.     Although Bank of America purportedly investigated the fraudulent transactions at issue, on May 8, 2022, Bank of America sent Mrs. Bucklin a letter related to her claim ("Claim Letter") which, among other things, informed Mrs. Buckling that: (1) Bank of America successfully recovered $438,900.00 of the total $1,972,269.00 transferred; (2) the Personal Account had been credited $438,900.00; and (3) Bank of America considered the inquiry closed. A true and correct copy of the Claim Letter is attached hereto as "**Exhibit B**."

43.     The Claim Letter does not provide any information as to how Bank of America recovered the $438,900.00 or why it considered the inquiry closed. Based on the Claim Letter, Mrs. Bucklin realized that Bank of America would not provide any assistance in recovering the remaining $1,533,369.00 that she had lost.

44.     During the relevant period, Mrs. Bucklin was under a tremendous amount of stress, as she had recently lost her husband, just had major surgery, and was in fear of losing her entire life savings as well as the funds in the Estate Account for which she was responsible as personal representative of the Estate.

### C.     *Bank of America Possessed Actual or Constructive Knowledge of the Fraud*

45.     Each year thousand (if not millions) of Americans fall victim to social engineering scams, such as the one Mrs. Bucklin fell victim to here, and other types of fraud, often times victimizing the elderly and vulnerable, which result in millions of dollars being stolen from bank accounts.

46.     As social engineering and other types of scams often involve direct or indirect theft from consumers' bank accounts, banking institutions have become all too familiar with the specific types of scams, the people they tend to target, and the manner in which they often occur. Accordingly, these financial institutions have been placed in the best position to spot and prevent

these scams from occurring or, at the least, in a position to best mitigate the negative consequences and financial and emotional harm they cause.

47.     Additionally, given these scams happen at an alarming rate, more and more people now take into consideration the privacy and security policies, procedures, and other account protections that financial institutions provide to clients and their accounts when deciding which bank to entrust with their funds.

48.     In an effort to gain a competitive edge, Bank of America and other large financial institutions are currently engaging in a marketing war with respect to the privacy and security policies and features that each has to offer to their clients and their bank accounts.

49.     Bank of America, for example, has dedicated an entire section of its website to privacy and security.[1] On this webpage, the Bank of America states, among other things, that "[y]our security is our top priority" and "together we can identify and prevent fraud events." A true and correct copy of this webpage is attached hereto as "**Exhibit C**."

50.     Additionally, this webpage has a link reading "[l]atest scam trends and red flags" which takes you to a separate page containing the different types of scams and information on each. A copy of this webpage is attached hereto as "**Exhibit D**."

51.     Bank of America has numerous articles on its website regarding the superior privacy and security protection it offers to account holders, as well as information on particular types of scams and the tactics used by the scammers in each one. A copy of two (2) of these articles are attached hereto as "**Composite Exhibit E**."

52.     As evidenced by these articles and other representations regarding privacy and security, at all times relevant to this action, Bank of America possessed actual knowledge of the

---

[1] *See* Bank of America, *Privacy and Security*, https://www.bankofamerica.com/security-center/overview/ (last visited February 15, 2024).

different types, most targeted victims, and pervasiveness of social engineering scams in the banking industry. For example, and relevant to the case at hand, in the article titled "Cyber Security: Talk to friends and family about scams," Bank of America states, among other things: "Scammers are increasingly using sophisticated social engineering tactics to gain access to your money and data." **Ex. D, pg. 1**.

53.     In light of Mrs. Bucklin's banking history, including, but not limited to, the fact that she had never before made or even attempted to make a wire transfer, as well as the frequency, amount, purpose, and recipients of the fraudulent transfers at issue, it is apparent that Bank of America knew or should have known that Mrs. Bucklin was the victim of a scam.

54.     Furthermore, despite Bank of America's representation to consumers, such as Mrs. Bucklin, that "[y]our security is our top priority" and "together we can identify and prevent fraud events," Bank of America did nothing to warn or protect Mrs. Bucklin against fraud.

55.     Rather, in reality, Bank of America does not care about consumers' privacy or security and instead made these representations in an effort to attract clients and gain a competitive edge. Then, when the client disputes the transactions with Bank of America, Bank of America denies their claim and provides no information as to why and disclaims all liability.

56.     For example, in the case at hand, the fraudulent transactions at issue were completely inconsistent with Mrs. Bucklin's banking history, yet Bank of America did not warn Mrs. Bucklin of any fraud or potential fraud and nothing to prevent, mitigate, or recover the fraudulent transfers.

57.     Moreover, despite the fact that Mrs. Bucklin formally and timely disputed the unauthorized transactions with Bank of America, Bank of America denied her claim and failed to provide any explanation or other information as to the reason(s) why the claim was denied. Instead,

Bank of America threatened to take legal action against Mrs. Bucklin if she pursued any further action against Bank of America to recoup the stolen funds.

58.     To date, Bank of America has not returned the remaining $1,533,369.00 that was stolen from Mrs. Bucklin's Accounts.

### D.     Bank of America Funds Transfer Agreement and Online Banking Service Agreement

59.     With respect to the Personal Account and Estate Account with Bank of America, Mrs. Bucklin and Bank of America agreed to the terms and conditions set forth in, *inter alia*, the Bank of America Online Banking Service Agreement ("Online Banking Agreement"), a copy of which is attached hereto as "**Exhibit F**."

60.     According to Section 8 of the Online Banking Agreement, consumers will have no liability for unauthorized transactions if they notify Bank of America within sixty (60) days after the statement showing the transaction has been given to the consumer. *See* **Ex. F, pg. 20**. Specifically, Section 8 states, in pertinent part, the following:

> *You will have no liability for unauthorized transactions if you notify us within 60 days after the statement showing the transaction has been sent to you (or 90 days if the transaction was from an account maintained at another financial institution). If you do not, you may not get back any of the money you lost from any unauthorized transaction that occurs after the close of the 60-day period (or 90-day period if the transaction was from an account maintained at another financial institution), if we can show that we could have stopped the transaction if you had notified us in time. If a good reason (such as a long trip or hospital stay) kept you from telling us, we may extend the time periods.*

**Ex. F, pg. 20**.

61.     In the case at hand, Mrs. Bucklin notified Bank of America on March 18, 2022, of the unauthorized electronic ACH transfer from the Estate Account to the Personal Account made on March 14, 2022, in the amount of $1,200,000. However, despite Mrs. Bucklin notifying Bank

of America just four (4) days after the unauthorized electronic ACH transfer was made, Bank of America failed to return the funds to Mrs. Bucklin.

62.     Additionally, each of the fraudulent wire transfers above are subject to the Bank of America Funds Transfer Agreement ("Funds Transfer Agreement"), a copy of which is attached hereto as "**Exhibit G**."

63.     According to the Funds Transfer Agreement, Bank of America and Mrs. Bucklin agreed that Bank of America has the responsibility to exercise reasonable and ordinary care in processing, approving, and sending wire transfers from Mrs. Bucklin's Accounts.

64.     However, given Mrs. Bucklin's banking history, and the frequency, amount, and recipients of the wire transfers at issue, it is clear that Bank of America failed to act with reasonable and ordinary care and neglected to protect Mrs. Bucklin as they agreed to do.

65.     As the result, Mrs. Bucklin brings this action against Bank of America for violations of the Electronic Fund Transfer Act, 15 U.S.C. §§ 1693, *et. seq.* ("EFTA"); violations of the Florida UCC § 4-A, Ch. 670, Fla. Stat.; breach of contract; and breach of the covenant of good faith and fair dealing; or, in the alternative, for negligence and negligent hiring, retention, training, and supervision.

## CLAIMS FOR RELIEF

### COUNT I
### Violation(s) of the EFTA, 15 U.S.C. § 1693, *et. seq.*

66.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 65 above and incorporates them by reference as if specifically set forth herein.

67.     Per the EFTA, Regulation E, and Regulation E's Official Interpretations, Bank of America bears the responsibility for unauthorized electronic funds transfers, such as the electronic

funds transfer in question from the Estate Account to the Personal Account in the amount of $1,200,000.00.

68.     Pursuant to 15 U.S.C. § 1693g(a), which states, in relevant part, the following:

In no event . . . shall a consumer's liability for an unauthorized transfer exceed the lesser of –

(1) $50; or

(2) the amount of money or value of property or services obtained in such, unauthorized electronic fund transfer prior to the time the financial institution is notified of, or otherwise becomes aware of, circumstances which lead to the reasonable belief that an unauthorized electronic fund transfer involving the consumer's account has been or may be effected.

15 U.S.C. § 1693g(b).

69.     Thus, the consumer's liability for unauthorized use is generally capped at a maximum of $50 for unauthorized transfers.

70.     The rules are elucidated in Regulation E, 12 C.F.R. § 1005.6(b):

(b) Limitations on amount of liability. A consumer's liability for an unauthorized electronic fund transfer or a series of related unauthorized transfers shall be determined as follows:

(1) Timely notice given. If the consumer notifies the financial institution within two business days after learning of the loss or theft of the access device, the consumer's liability shall not exceed the lesser of $50 or the amount of unauthorized transfers that occur before notice to the financial institution.

(2) Timely notice not given. If the consumer fails to notify the financial institution within two business days after learning of the loss or theft of the access device, the consumer's liability shall not exceed the lesser of $500 or the sum of:

(i) $50 or the amount of unauthorized transfers that occur within the two business days, whichever is less; and

(ii) The amount of unauthorized transfers that occur after the close of two business days and before notice to the institution, provided the institution establishes

> that these transfers would not have occurred had the
> consumer notified the institution within that two-day
> period.

71.     Denials based on a consumer's alleged negligence are expressly prohibited under

the EFTA's implementing regulations. See Consumer Financial Protection Bureau, Comment for

1005.6 Liability of Consumer for Unauthorized Transfers, 6(b)(2) ("Negligence by the consumer

cannot be used as the basis for imposing greater liability than is permissible under Regulation E.

Thus, consumer behavior that may constitute negligence under state law, such as writing the PIN

on a debit card or on a piece of paper kept with the card, does not affect the consumer's liability

for unauthorized transfers.").

72.     The EFTA places the burden of proof on the financial institution to demonstrate

that challenged transfers were authorized or, if they were unauthorized, that the consumer can be

held liable for them. See 15 U.S.C. § 1693g(b).

73.     Bank of America will not be able to meet its burden of proof regarding the contested

transactions to/from the Plaintiff's Accounts.

74.     Further, the ACH transfers between Plaintiff's Accounts are not wire transfers and

are therefore not excluded from coverage under the EFTA. See 12 C.F.R. § 205.3(c)(3).

75.     Additionally, Plaintiff received no benefit from the unauthorized transfers between

her Accounts and are therefore, similarly, not excluded from the EFTA's coverage. See id.

76.     Bank of America further violated the EFTA by failing to provide any meaningful

explanation of the grounds upon which it relied in denying Plaintiff's claim. 15 U.S.C. § 1693f(d);

see CFPB Supervisory Highlights, Issue 22, Summer 2020, Section 2.3.3 ("Financial institutions

must go beyond just providing the findings to actually explain or give the reasons for or cause of

those findings.").

77.     As a direct and proximate result of Bank of America's conduct, Plaintiff suffered actual damages, including, but not limited to, past and future monetary loss, past and future mental distress, emotional anguish, and other damages that will be presented to the trier of fact at trial.

78.     As a direct and proximate result of Bank of America's violation of the EFTA, Plaintiff is entitled to an award of statutory and actual damages, as well as attorney's fees and costs.

79.     Bank of America did not conduct a good faith investigation regarding the stolen funds from Plaintiff's Accounts.

80.     Bank of America did not have a reasonable basis for believing the transfers from the Accounts were not in error.

81.     Specifically, Bank of America's conduct as set forth herein constitutes a failure to investigate in good faith and a failure to establish a reasonable basis for believing that the transfer from the Estate Account to Plaintiff's Personal Account, proximately leading to the theft, was not in error, and also constitutes a knowing and willful conclusion that Plaintiff's Accounts were not in error when such conclusion could not reasonably have been drawn from the available evidence, and therefore constitutes a violation of 15 U.S.C § 1693f(e), entitling Plaintiff to treble damages in addition to all other relief sought herein.

**WHEREFORE**, Plaintiff, LYNNE M. BUCKLIN, respectfully demands judgment against Defendant, BANK OF AMERICA, N.A., for all actual damages in an amount not less than $1,200,000.00, statutory and treble damages pursuant to the EFTA, pre-judgment and post-judgment interest, and an award of reasonable attorneys' fees and costs, and for any such other relief that Plaintiff may be entitled to or which this Court deems just and appropriate.

## COUNT II
## Violations of the Florida UCC § 4-A, Ch. 670, Fla. Stat.

82.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 81

above and incorporates them by reference as if set forth herein.

83.     Pursuant to Section 670.202(2), Florida Statutes,

If a bank and its customer have agreed that the authenticity of payment orders
issued to the bank in the name of the customer as sender will be verified pursuant
to a security procedure, a payment order received by the receiving bank is effective
as the order of the customer, whether or not authorized, if the security procedure is
a commercially reasonable method of providing security against unauthorized
payment orders and the bank proves that it accepted the payment order in good faith
and in compliance with the security procedure and any written agreement or
instruction of the customer restricting acceptance of payment orders issued in the
name of the customer.

Fla. Stat. § 670.202(2).

84.     Additionally, pursuant to Section 670.202(3), Florida Statutes,

The commercial reasonableness of a security procedure is a question of law to be
determined by considering the wishes of the customer expressed to the bank; the
circumstances of the customer known to the bank, including the size, type, and
frequency of payment orders normally issued by the customer to the bank;
alternative security procedures offered to the customer; and security procedures in
general use by customers and receiving banks similarly situated.

Fla. Stat. § 670.202(3).

85.     In the case at hand, Bank of America either failed to follow the agreed upon security

procedure or said security procedure was not commercially reasonable for, among other things,

the following reasons: (1) Bank of America failed to act with reasonable and ordinary care in

processing, approving, and sending the wire transfer; or (2) the security procedure was not

commercially reasonable in light of the circumstances of Mrs. Bucklin known to Bank of America,

including, but not limited to, the size, type, and frequency of payment orders (i.e., wire transfers)

normally issued by Mrs. Bucklin to Bank of America.

86.     Thus, Bank of America is liable for the wire transfers at issue in this case because Bank of America did not follow the agreed upon security procedure for payment orders or said security procedure was not, as a matter of law, commercially reasonable in light of the facts and circumstances of Mrs. Bucklin known to Bank of America.

87.     As a result, Bank of America must reimburse Mrs. Bucklin for the remaining stolen funds.

88.     As set forth above, Bank of America failed to establish, maintain, implement, and follow commercially reasonable security procedures such that it may claim that it accepted the payment in good faith.

89.     As set forth above, Bank of America's failure to establish, maintain, implement, and follow commercially reasonable security procedures directly led to the theft of $1,533,369.00, plus bank fees from Plaintiff's Accounts, by way of unauthorized wire transfers.

90.     As set forth above, Plaintiff notified Bank of America immediately upon discovery of the unauthorized transfers.

91.     The wire transfers that Bank of America permitted without authorization involved the vast majority of the funds then existing in the Plaintiff's Accounts.

92.     Nonetheless, Bank of America ultimately effectuated the transfer(s).

93.     Section 670.204, Florida Statutes, states, in pertinent part, that:

> If a receiving bank accepts a payment order issued in the name of its customer as sender which is not authorized and not effective as the order of the customer under s. 670.202 or is not enforceable, in whole or in part, against the customer under s. 670.203, the bank shall refund any payment of the payment order received from the customer to the extent the bank is not entitled to enforce payment and shall pay interest on the refundable amount calculated from the date the bank received payment to the date of the refund.

Fla. Stat. § 670.204(1).

94.     Given the foregoing, Bank of America was required to issue a refund to Plaintiff and to pay interest on the refundable amount(s).

95.      Plaintiff immediately and repeatedly notified Bank of America regarding the wire transfers once the fraud was discovered, yet Bank of America has refused to issue a refund apart from the comparatively small amounts referred to hereinabove ($438,900.00).

96.     Bank of America failed to investigate the disputed transactions properly or meaningfully, and instead held Plaintiff liable for the fraudulent wire transfers.

97.     For failing to implement commercially reasonable security procedures and for its failure to investigate and refund the stolen funds, Defendant has violated Article 4-A of the Florida UCC.

**WHEREFORE**, Plaintiff, LYNNE M. BUCKLIN, respectfully demands judgment against Defendant, BANK OF AMERICA, N.A., for all actual damages in an amount not less than $1,533,369.00, pre-judgment and post-judgment interest, costs, and for any such other relief that Plaintiff may be entitled to or which this Court deems just and appropriate.

## <u>COUNT III - Breach of Contract</u>

98.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 97 above and incorporates them by reference as if fully set forth herein.

99.     Pursuant to Section 8 of the Online Banking Agreement, Bank of America agreed that Mrs. Bucklin would have no liability for unauthorized transactions which she notified Bank of America of within sixty (60) days after the statement showing the transaction has been given to the consumer. *See* **Ex. at pg. 20**.

100.    Mrs. Bucklin notified Bank of America on March 18, 2022, of the unauthorized electronic ACH transfer from the Estate Account to the Personal Account that was made on March 14, 2022, in the amount of $1,200,000.

101.     However, despite Mrs. Bucklin notifying Bank of America just four (4) days after the unauthorized electronic ACH transfer was made, Bank of America failed to return the funds to Mrs. Bucklin.

102.     Thus, Bank of America is in breach of the Online Banking Agreement.

103.     Additionally, pursuant to the Funds Transfer Agreement, Bank of America and Mrs. Bucklin agreed that Bank of America had the responsibility to exercise reasonable and ordinary care in processing, approving, and sending wire transfers from Mrs. Bucklin's Accounts.

104.     However, given Mrs. Bucklin's banking history, and the frequency, amount, and recipients of the wire transfers at issue, it is clear that Bank of America failed to act with reasonable and ordinary care and neglected to protect Mrs. Bucklin as they agreed to do.

105.     Thus, Bank of America breached the Funds Transfer Agreement.

106.     As a direct and proximate cause of Bank of America's breaches above, among others, Plaintiff has been significantly damaged.

**WHEREFORE**, Plaintiff, LYNNE M. BUCKLIN, respectfully requests the Court to enter final judgment against Defendant, BANK OF AMERICA, N.A., for all compensatory damages arising from Defendant's breach of the Funds Transfer Agreement and Online Banking Agreement, including costs and reasonable attorneys' fees, and for any other relief this Court deems appropriate under the circumstances.

## COUNT IV
### Breach of Implied Covenant of Good Faith and Fair Dealing

107.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 106 above and incorporates them by reference as if fully set forth herein.

108.     Defendant, Bank of America, had an obligation under the Funds Transfer Agreement to exercise reasonable and ordinary care in processing, approving, and sending wire transfers from Mrs. Bucklin's Accounts.

109.     Additionally, Bank of America had an obligation under the Online Banking Agreement to conduct a good-faith investigation into unauthorized transactions in Mrs. Bucklin's Accounts and to provide her with an explanation as to why her claims were rejected.

110.     Bank of America failed to act in good faith in discharging these obligations, and was in the best position to prevent Mrs. Bucklin's loss in light of Bank of America's familiarity with and knowledge of social engineering scams and the representations it makes regarding privacy and security.

111.     On numerous occasions in connection with the marketing and advertising of its banking services and products, Bank of America represented to Mrs. Bucklin and other consumers that their "security is our top priority" and that Bank of America would work side by side with Mrs. Bucklin to prevent her from falling victim to such scams.

112.     However, as set forth in detail above, Bank of America did not care about the security of Mrs. Bucklin's Accounts and did not discharge their obligations in good faith. Instead, Bank of America disregarded the numerous red flags, failed to act with reasonable care, and when Mrs. Bucklin made a claim with Defendant, Defendant told Mrs. Bucklin that she was on her own.

**WHEREFORE**, Plaintiff, LYNNE M. BUCKLIN, respectfully requests the Court to enter final judgment against Defendant, BANK OF AMERICA, N.A., for all compensatory damages of $1,533,369.00, costs, and for any other relief this Court deems appropriate under the circumstances.

*{Remainder of Page Intentionally Left Blank}*

*{Continues on Following Page}*

## COUNT V - Negligence
### (Plead in the Alternative)

113.   Plaintiff repeats and realleges the allegations contained in the paragraphs 1 through 112 above and incorporates them by reference as if specifically set forth herein.

114.   By undertaking to assist Plaintiff in securing her Accounts and the funds therein, and by representing that the Accounts' security was its top priority, Bank of America voluntarily assumed duties to Plaintiff.

115.   By processing, approving, and sending the wire transfers in question, Bank of America failed to exercise reasonable care and failed to act carefully with respect to the duties it voluntarily assumed.

116.   Bank of America possessed actual or constructive knowledge of the kind of scam Mrs. Bucklin fell victim to yet failed to act with reasonable or ordinary care with respect to Mrs. Bucklin's Accounts.

117.    Indeed, these failures to act reasonably and carefully with regard to duties voluntarily assumed resulted in all of Plaintiff's losses.

118.    As a direct and proximate result of Bank of America's conduct, Plaintiff has suffered actual damages, including, but not limited to, past and future monetary loss, past and future emotional distress and anguish, and other damages that will be presented to the trier of fact.

**WHEREFORE**, Plaintiff, LYNNE M. BUCKLIN, respectfully requests the Court to enter final judgment against Defendant, BANK OF AMERICA, N.A., for all compensatory damages of $1,533,369.00, costs, and for any other relief this Court deems appropriate under the circumstances.

*{Remainder of Page Intentionally Left Blank}*
*{Continues on Following Page}*

## **COUNT VI – Negligent Hiring, Retention, Training, And Supervision**
### **(Plead in the Alternative)**

119.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 118 above and incorporates them by reference as if set forth specifically herein.

120.    Bank of America failed to exercise reasonable care in selecting, instructing and supervising the employees and/or agents it hired to process, approve, and send wire transfers, and to support their customers' fraud claims.

121.    Bank of America did not properly train or supervise the employees and/or agents who process, approve, and send wire transfers and/or who support their customers' fraud claims.

122.    Bank of America owed a duty of care to the Plaintiff such that its employees and agents would act in accordance with state and federal laws.

123.    As a direct result and proximate cause of Bank of America's employees and/or agents' unreasonable, negligent, unfair, illegal and/or fraudulent conduct, Plaintiff has suffered harm including, without limitation, the damages set forth above.

124.    As a result of the foregoing, Plaintiff has suffered actual damages, including but not limited to past and future monetary loss, past and future emotional distress and anguish, and other damages that will be presented to the trier of fact.

**WHEREFORE**, Plaintiff, LYNNE M. BUCKLIN, respectfully requests the Court to enter final judgment against Defendant, BANK OF AMERICA, N.A., for all compensatory damages of $1,533,369.00, costs, and for any other relief this Court deems appropriate under the circumstances.

## **COUNT VII – Promissory Estoppel**
### **(Plead in the Alternative)**

125.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 124 above and incorporates them by reference as if fully set forth herein.

126.    Bank of America guarantees that customers, such as Mrs. Bucklin, are never liable for unauthorized purchases or transactions—as long as they are reported promptly.

127.    Furthermore, on numerous occasions, in connection with the advertising, marketing, promoting, or otherwise marketing of its banking services and products, Bank of America inaccurately represents to consumers, such as Mrs. Bucklin, that: (1) customers are never liable for unauthorized their security is Bank of America's top priority; (2) Bank of America provides 24/7, real-time monitoring for suspicious account activity; (3) Bank of America protects against threats with an award-winning cybersecurity team that delivers comprehensive security round-the-clock; and (4) Bank of America alerts customers of potential fraud through the mobile app, text alerts, email, or phone.

128.    In deciding to bank with Bank of America, Mrs. Bucklin relied on Bank of America's guarantees regarding liability for unauthorized transaction and representations regarding privacy and security.

129.    However, when Mrs. Bucklin timely disputed the unauthorized transactions in question with Bank of America, Bank of America denied her claim for reimbursement and seeks to hold her liable for the loss—in direct contradiction to Bank of America's "guarantee."

130.    Furthermore, during the Relevant Period, Bank of America failed to monitor Mrs. Bucklin's Accounts for suspicious activity, or, if Bank of America did monitor the Accounts, it failed to recognize and alert Mrs. Bucklin of the suspicious activity. In fact, during the Relevant Period, Mrs. Bucklin did not receive a single phone call, text message, email, or any other kind of alert warning that she was the victim of a scam or that there was suspicious activity in her Accounts.

131.    In deciding which bank was best to entrust with her entire life savings, Mrs. Bucklin relied on Bank of America's guarantee that she would not be liable for unauthorized transactions and the representation that her privacy and security was Bank of America's top priority.

132.    Unfortunately for Mrs. Bucklin, Bank of America did nothing to protect Mrs. Bucklin's Accounts and now seeks to hold her liable for unauthorized and fraudulent transactions, despite Bank of America's representations and promises to the contrary.

133.    As the result, Mrs. Bucklin has been significantly damaged.

**WHEREFORE**, Plaintiff, LYNNE M. BUCKLIN, respectfully requests the Court to enter final judgment against Defendant, BANK OF AMERICA, N.A., for all compensatory damages of $1,533,369.00, costs, and for any other such relief as this Court deems appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, Lynne M. Bucklin, hereby demands a trial by jury on all issues so triable under Florida law.

DATED:   February 23, 2024.

Respectfully Submitted,

**VERNON LITIGATION GROUP**
*Attorneys for Plaintiff*

*/s/ Bernard C. Carollo, Jr.*
Bernard C. Carollo, Jr.
Florida Bar No. 1035487
Christopher T. Vernon
Florida Bar No.: 748110
3520 Kraft Road, Suite 203
Naples, FL 34105
Phone: (239) 649-5390
Facsimile: (239) 294-3917
E-mail: bcarollo@vernonlitigation.com
E-mail: cvernon@vernonlitigation.com

# EXHIBIT

# A



United States of America
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

John Simpson
Consumer Watchdog
413 E. Capitol St SE, First Floor
Washington, DC 20003

Dear Mrs. Lynne Bucklin,

This is in partial response to the request put forward by Mr. Bruce Williams (Badge Number: 2350969, Financial Expert) assigned as an Investigating Officer, on your behalf dated February 24 2022, under the Freedom Of Information Act requesting the information on your case, relating to the fraudulent activities that were going on under your social security and your identity getting compromised. In accordance with FOIA and agency policy, we will send you mails under 'federaltradecommission@gov.com' regarding the activities going on and the necessary actions that should be taken to resolve the same.

We have located approximately 350 pages of responsive records thus far, and are continuing to investigate on your case. We hope to complete our investigation in the coming weeks, at which point we will be able to send a complete response till that time you will be kept update via 'word of mouth'. Portion of the documents fall within the exemptions to the FOIA's disclosure requirements, as explained below.

Some responsive records constitute confidential financial information, which is exempt from disclosure under FOIA Exemption 4, 5 U.S.C. 552(b)(4). Moreover, because Section 6(f) of the FTC Act, 15 U.S.C. 46(f), prohibits disclosure of this kind of information till case is resolved, it is also exempt under FOIA Exemption 3, 5 U.S.C. 552(b)(3), which exempts from disclosure of any information that is protected from disclosure Under another federal statute.

However, we have identified you as a victim so keeping you updated on certain things that directly relates to you, that includes securing your social security number, steps taken to secure your financials and revoke the fraudulent activities (Includes shutting down the bank account at Bank Of America and Wells Fargo DL,TX) is mandatory.

There are three government agencies (Federal Trade Commission, Social Security Administration, Federal Reserve Board) working side by side in order to make sure that your identity and financial can be secured and no one can misuse the same. A direct line has been assigned on your case to Mr. Bruce Williams that you can use to get any further updates and to stay in contact for getting the protocols and working alongside to make sure everything resolved in provided and assigned period of time.

You are requested to be confidential about the whole process till everything is resolved as we cannot trust anyone else on your social security number and financials.

You are a citizen of United States Of America and your security is our first priority.

Officer's Information

Name                     : Bruce Williams

Badge Number    : 2350969

Address               : Headquarters:

                              600 Pennsylvania Avenue, NW

                              Washington, DC 20580

Direct Line Number: (202)-858-5149

Designation             : Investigating Officer; Financial Expert

Organization            : Federal Trade Commission

Sincerely,

Dione J. Stearns
Assistant General Counsel

**From:** brucewilliams2350969@gmail.com,
**To:** lmk44@aol.com,
**Subject:** FTC Documentation
**Date:** Fri, Feb 25, 2022 12:42 pm
**Attachments:** FTC Document.pdf (104K),

Hello Lynne,
I am attaching the FTC Document and a picture of my Badge ID with this
Email.





# EXHIBIT

# B

**BANK OF AMERICA**

TX1-160-04-01
PO Box 655961
Dallas, TX 75265-9502

Update on your claim

LYNNE M BUCKLIN
7515 PELICAN BAY BLVD APT 3B
NAPLES , FL 34108-6519

Date
May 6, 2022

Account ending in
2226

Claim Number
18MAR2022-805133

## LYNNE M BUCKLIN, we had some success in recovering your funds. We received $438900.00 and have credited your account.

### What you need to know

- We now consider your inquiry closed.
- If the party that originally received the funds disagrees with them being returned to you, as described in the Indemnity Agreement, you'll be responsible for any action taken.

### Your security is our priority

Together, we can make the strongest possible defense against fraud. You can take simple steps like using strong, unique passwords for Online and Mobile Banking, and by confirming the email address and mobile number we have are up to date. You can also sign up for customized alerts to let you know when something unusual happens with your account.

### Helpful tips to avoid potential scams

If you provide your information or send money to a scammer, there is often little we can do to help get your money back, therefore:

Never trust caller ID. Always validate a person's organization by calling them back through an official phone number.

- Scammers may pose as government officials, law enforcement or even Bank of America employees to steal your personal information.

Know how to identify red flags. In many of the most common types of scams, you may be:

- Pressured to send money
- Threatened with law enforcement action
- Told to purchase gift cards and provide codes as a form of payment
- Asked to cash a check for a stranger
- Instructed to make a cash deposit for sweepstakes
- Offered more than you are asking for something with a request to send the overpayment elsewhere

For more detailed information on how to prevent fraud visit us at
https://www.bankofamerica.com/privacy/fraud-prevention-checklist.go

### We're here to help

If you have questions, please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

# EXHIBIT

# C



Privacy & Security

Log in

Menu ⌄

**Bank of America Security Center**

# Together, we can identify and prevent fraud events faster

# Your security is our top priority

## Knowledge is a powerful defense against fraud

Do you see suspicious activity? Report now
See how to spot fraud
Help protect yourself from Identity theft

## Stay vigilant against scams

Can you spot a scam? Latest scam trends and red flags
Protect the ones you love: Resources for <u>Parents</u> and <u>Caregivers</u>



# Take simple steps to help protect personal and business accounts

Tips to protect your personal accounts
Visit the Small Business Security Center and Resources

**Get complete details**



New! Take your security to the next level

Learn more about managing your security

🔒 Set your privacy choices

You control how we market to you and share your information. Set your
privacy choices now

🔔 Customize your alerts

Know when irregular card activity or changes to personal information take place on your account.

# EXHIBIT D

**BANK OF AMERICA**

Privacy & Security

Log in

Menu ⌄

## How to Avoid Scams



**Stop scammers in their tracks: Share these important tips with your family and friends**

Learn more

# Knowledge is a powerful defense. Check out these trending scams



### Issues with package delivery

You receive an email or text indicating there's an issue with your package or a failed delivery attempt. You'll be asked to click a link to pay a small fee or provide personal information.

**Tip:** Do not open unfamiliar links for payment or personal information, this may be a phishing attempt. Read more about phishing.



### Donating money to a cause

Use caution if asked to donate money in person, to a cause, using your phone. You'll be told to log into your banking app but then told to hand over your phone for the "representative" to input the charity's information and complete the transaction for you - but the scammer is sometimes actually sending money to themselves.

**Tip:** Don't hand over your device to anyone to complete a transaction and never ignore bank warning messages.



### Social Media

Cyber criminals are actively using social media platforms and design posts that lure you into sharing personal information or scam you out of money.

**Tip:** Be mindful about what information you share and see on social media. If something seems too good to be true, its most likely a scam. Read about social media scams.



### Imposter

Scammers may pose as businesses or people you know — like your bank, utility company, phone provider or even a friend or relative. They'll spoof legitimate phone numbers to call or text and tell you to send funds to yourself or others using online or mobile banking. They may even tell you to ignore or bypass scam warnings and alerts. If you share information, the scammer could enroll in bank features like Zelle® using your information.

**Tip:** Stop and verify. While Bank of America may send you a text to validate unusual activity, we will never contact you to request you share a code over the phone or send us or anyone else money, including through Zelle®. Read about social engineering.

### Multi-step scams

Scammers are now combining multiple scam types by taking a phased approach to try to gain your trust and make scams even more convincing.

- Step 1 - you'll receive a request for remote access on your device.
- Step 2 - you'll get a call from your bank stating there is an issue or potential fraud.
- Step 3 - another imposter claiming to be a government official will send you an official email or letter.

**Tip:** Don't download software or provide remote access to anyone you don't know. Bank of America will never call you to request that you move

money to protect yourself from fraud.

Read our tip sheet on talking to friends and family about fraud, scams and cyber security

# Know the red flags

The most common types of scams will target you through fake emails, text messages, voice calls, letters or even someone who shows up at your front door unexpectedly. No matter which technique the scammer uses, you may be:

- Contacted unexpectedly by phone, email, text, direct message or pop-up with a request for personal information or money. Never click a link or download an attachment from someone you don't know. Bank of America will never text, email or call you asking for personal or account information.

- Pressured to act immediately with an alarming phone call, email or text that plays with your emotions. Scammers may pose as an employee from a familiar organization, such as Bank of America and say there's a problem that needs immediate attention. Do not act unless you have verified the person who has contacted you and the story or request is legitimate.

- Asked to pay in an unusual way, like gift cards, bitcoin, prepaid debit cards or digital currency, including Zelle® to resolve fraud. Bank of America will never ask you to transfer money to anyone, including yourself and will never ask you to transfer money because we detected fraud on your account.

- Asked to provide personal or account information, such as an account verification code, bank account number or PIN. When in doubt, don't give it out. Bank of America will never text, email or call you asking for an account authorization code.

- Offered a free product or 'get rich quick' opportunity that seems too good to be true? If something sounds too good to be true, it probably is. Never cash a check for someone you don't know.

If you authorize a transfer or send money to a scammer, there's often little we can do to help get your money back.

Check Fraud is on the rise. Learn More

Check your security level with our security meter located in the Security Center in Mobile and Online Banking. Increase your meter level by reviewing the *5 Red Flags that Signal a Scam* — and learn more about scams and how to stay safe.

# Know the scams

Scammers use different tactics to get victims to fall for their schemes. In some cases, they can be friendly, sympathetic and seem willing to help. In others, they use fear tactics to persuade a victim. Select the scam type from the following list to see a typical message from a scammer and the red flags that should cause you concern.

Expand all | Collapse all

Imposter Scams ⌄

Scammers may pose as businesses or people you know — like your bank, utility company, phone provider or even a friend or relative. They may ask you to send funds to yourself or others using online or mobile banking. They may spoof legitimate phone numbers to call or text you to make the request more convincing.

While Bank of America may send you a text to validate unusual activity, we will never contact you to request that you send money using Zelle® to anyone, including yourself or to share a code to resolve fraud. The "representative" or scammer will offer to help stop the alleged fraud by asking you to send money to yourself with Zelle® and ask for a one time code you just received from a bank. If you give them that code, they will use it to enroll their bank account with Zelle® using your email or phone number.

**How to help protect yourself:**
- Be cautious if being pressured to respond immediately - this is what scammers want you to do.
- Be wary of unfamiliar calls, computer messages, texts or emails requesting money or personal information - it's not always who it says it is.
- Verify you are sending to a trusted recipient by calling a trusted or verified phone number from a recent bill, receipt or by visiting an official website.
- Don't share codes based on a call you receive.

To learn more: watch this educational video layer from Zelle®

# Online sales scams

Whether you're thinking about purchasing event tickets, adopting an animal or just browsing the web, be cautious if you see an online promotion that sounds too good to be true - it probably is.

Scammers set up fake stores selling fake goods, and after you've made your purchase, the store will suddenly disappear. They may use social media platforms to contact you and build a relationship, telling you about an offer that's hard to resist, then instructing you to download an app or send money to take advantage of the offer.

**How to help protect yourself:**
- Slow down and use caution if pressured to act quickly - scammers want you to act without thinking about the consequences.
- Research the seller and products independently, check reviews for possible scam notices, and compare prices with other websites. Make sure they have a refund policy, information on privacy terms and conditions, and ways you can contact them.
- Verify the website by looking carefully at the URL address bar or domain name to ensure you are visiting the correct domain and not a fake. Look for secure URLs (https://), and while an encrypted site does not guarantee safety - beware of buying from sites with no encryption.
- Use caution if asked to pay using untraceable means such as a wire, money transfer or gift card. If you do, you may not receive your purchase or the return of your money.

Watch a short video to learn more

## Real estate scams ⌄

Whether you are looking for a vacation rental or are purchasing or refinancing a home, you may still be a target for scammers. Scammers can take over a rental or real estate listing by changing the email address or other contact information, then listing it on another site. They may send you an email that appears to be from your real estate agent, title company, or settlement agent/attorney with last minute updates to wiring instructions. Or you could get a quote for moving your items to your new place that turns out to be significantly higher and they'll hold your belongings until you pay.

**How to help protect yourself:**
- Before you send any money, always independently confirm wiring instructions in person or via a phone call to a trusted or verified phone number. Once the money is gone, there's almost no way to get it back.
- Be cautious if pressured to urgently send a security deposit or make a payment to hold the property before you even see it or sign a lease.

- Pay attention and do your research on the companies, owner(s) and/or listing: Is it vague? Do the photos have watermarks? Does the rent amount sound too low? Are there any scam warnings or complaints about them online? Remember: If it sounds too good to be true, it usually is.

## Investment Scams ⌄

Be wary if you are contacted by "investment managers" or receive an unsolicited request (via social media, pop-up, text, email or phone call) that presents a "great investment opportunity." Offers that promise guaranteed returns, or the chance to get rich quick or double your money are likely a scam.

**How to help protect yourself:**
- Think twice if you're asked to send money through digital currency/crypto currency or instant money transfers. Remember, once you send the money, there is very little we can do to get that money back.
- Always validate requests for money, research investment managers/offers and use caution if asked to provide personal or financial information.

## Romance Scams ⌄

Romance scammers may contact you online via dating aps or social media and try to establish a trusting, caring, and believable relationship — as quickly as possible. Then, scammers make an emotional plea, telling you a story that ends with a request to transfer money through untraceable means like a wire transfer or gift cards. Be vigilant — if it sounds too good to be true, it probably is.

**How to help protect yourself:**
- Be careful when posting personally identifiable information on social media. Enable security settings on your social media profiles to limit what you share publicly.
- Never send money, provide financial information or other sensitive information to anyone whose identify you cannot independently verify.
- Research who you are talking to. See if their images, name and details have been used elsewhere.

## Technology Scams ⌄

If you get an unsolicited request to remotely access your computer or mobile device, it's probably a scam - and you could lose money. Scammers often pose as employees of familiar companies and ask you to provide remote access or download an app. They may call, use pop-up screens or email to convince you that your device has a virus or that you're owed money.

**How to help protect yourself:**

- No matter what reason you're given, never grant device access or download any app at the request of unknown companies or individuals.
- Always confirm the identity of someone requesting access by calling a trusted and verified phone number (the one they provide could be part of the scam).

## Compromise Scams ⌄

Scammers may try to target you through a fake business, social media or email account. The cyber criminal may use a hacked or fake account that looks legitimate to trick you into sending funds.

**How to help protect yourself:**
- Never trust unknown individuals. Verify everything they claim and do not send sensitive information to anyone whose identity you can't confirm.
- Give all requests for funds a second look. If an email looks strange, look up the sender and email or call them (don't use the number they provide).
- Invest in antivirus software and other cyber security software that can flag suspicious emails and websites.

## Natural disaster scams ⌄

**Know the scams that may follow a natural disaster**

**Watch out for fake contractors:**
Following a disaster, unlicensed contractors will canvas the impacted areas promising to get clean up or repairs done quickly. They may ask for payment up front and not show up to do the work, or have you sign a contract that redirects insurance payouts to them and not you.

**How to help protect yourself:**
- Do your research; get multiple quotes for comparison, and make sure the contractors are licensed.
- Use caution if you're pressured to pay up front for the job or sign over the insurance claim. Contractors may try to offer special deals that seem too good to be true.

**Avoid being taken advantage of when donating:**
Make sure you know where the money is going and that you're giving it to the right person or organization.

**How to help protect yourself:**
- Do your research and make sure the organization is legitimate. Look it up on the internet and check for complaints or scams.
- Be careful if giving through social media and other online fundraising platforms. It's safest to give to people you know and trust.

- Be cautious of how you pay when donating and use caution if asked to pay in unusual ways. Keep a record of your donation.

**Know how to spot imposters:**
No matter where they say they're from or who they're representing, imposters have the same goal - to get you to pay them money or give them your personal or financial information.

**How to help protect yourself:**
- Stay vigilant about being pressured to act quickly and don't act unless you've verified the person who has contacted you and that the story or request is legitimate.
- Know that disaster relief organizations typically do not charge fees to apply for assistance.
- Ask for proof of ID and remember: if you're asked for financial information, it could be a scam.

If you feel you may have been a victim of a scam, contact us immediately

# Parents and Caregivers

Check out the resources below that can help protect you and the loved ones from Fraud and Scams



- Parents: Read how you can help protect young adults in your life from scams
- Caregivers: Read about how to help protect the elders in your life
- Read about senior red flags: more about the red flags of senior financial exploitation
- Caregiving in the age of longevity
- Check out our Signature Services page for additional tools and resources
- Visit the AARP page on scams and fraud

# Additional Resources



- Visit our Better Money Habits article for more student scam types
- Visit the American Banker's Association "BanksNeverAskThat" page to learn more about how to stay safe from scams
- Think you can spot a scam? Learn more by reading The Science Behind Scams, courtesy of Vox and Zelle







### Know fraud when you see it

Know what to do when your card is lost or stolen, you see suspicious activity on your statement and more.

See how to report a problem

### Increase your security

Help protect yourself and your accounts — see what to do (and why it matters).

Start increasing your security now

1. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

Locations | Contact Us | Help & Support | Browse with Specialist | Accessible Banking

Privacy | Children's Privacy | Security | Online Banking Service Agreement

Advertising Practices | Site Map | Careers | Share Your Feedback | Your Privacy Choices ⊘Ⓧ

**Connect with us**

     

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠

© 2024 Bank of America Corporation. All Rights Reserved.

# COMPOSITE

# EXHIBIT

# E

**BANK OF AMERICA** 🎗

CYBER SECURITY

# Talk to friends and family about scams

 Scammers are increasingly using sophisticated social engineering tactics to gain access to your money and data.[1] Talk to your kids, parents, and friends about common scams and how being cyber secure can help keep their money and information safe.

## ➡ Here are the red flags to look out for:

- You're contacted unexpectedly.
- The communication plays with your emotions.
- You're pressured to act immediately.
- You're asked to pay in an unusual way or asked to transfer money to protect yourself.
- If the deal seems too good to be true.

## ➡ Scammers may change their story, but their tactics are often the same:

- **Impersonation** is a common tactic that scammers will use to target individuals. An imposter may impersonate government officials, a loved one, a utility company, a person you trust, or even your bank.

- **Fake listings for jobs and apartments,** will be promising and seem to good to be true. You may be asked for personal information to secure a job or to send money electronically via a wire or payment app before you are able to view an apartment/house.

- **Debt relief scams** may be offered via email or an online platform but then you are asked to make a bogus up-front payment for processing or related services to receive debt relief.

- **Email compromise** may happen when you are contacted via email by a hacked or fake account that looks legitimate and tricks you into sending funds.

- **Romance scams** occur when scammers create a fake online identity via dating apps or social media and attempt to establish a trusting and believable relationship. They then make an emotional plea and use different methods to ask for money through untraceable means.

- **Tech support scams** occur when a scammer poses as a service or support representative of a familiar company to resolve unsolicited technology issues. They may gain remote access to devices or accounts in order to compromise your information and finances.

## ➡ Talk to family and friends about how to help protect themselves:

- **Be careful** what you post about yourself or your family online, including personally identifiable information such as your address or cell phone number.

- **Monitor** your privacy settings on online accounts.

- **Verify** unsolicited phone calls or email. To obtain more information, try to contact the person or organization through a verified website or alternate phone number.

- **Never share** information with people you don't know, especially if they contacted you.

- **Never click on pop-up messages** as they are regularly used to spread malicious software.

- **Remember** that anyone can become a target of a scam.

- **Protect your accounts.** Enable multifactor authentication when able to and enroll in or allow account activity alerts.

- **Trust your instincts.** If an offer looks too good to be true, it probably is.

- **Report** the incident to local law enforcement immediately and contact your bank.

**BANK OF AMERICA**

CYBER SECURITY –TALK TO FRIENDS AND FAMILY ABOUT SCAMS

## IMPORTANT INFORMATION

Neither Bank of America nor its affiliates provide information security or information technology (IT) consulting services. This material is provided "as is," with no guarantee of completeness, accuracy, timeliness or of the results obtained from the use of this material, and without warranty of any kind, express or implied, including, but not limited to warranties of performance, quality and fitness for a particular purpose. This material should be regarded as general information on information security and IT considerations and is not intended to provide specific information security or IT advice nor is it any substitute for your own independent investigations. If you have questions regarding your particular IT system or information security concerns, please contact your IT or information security advisor.

"Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC are members of the NFA.

Investment products offered by Investment Banking Affiliates:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

© 2023 Bank of America Corporation. All right reserved. 5843617

**BANK OF AMERICA**

CYBER SECURITY

# Be cyber secure: social engineering

 Social engineering is the use of deception to obtain sensitive or confidential information for criminal, fraudulent or malicious purposes. Using information available online, criminals disguised as trusted individuals, bosses or authority figures coerce individuals into revealing sensitive information that can be used against them. This threat relies on and exploits the human tendency to trust, but being vigilant can be your first line of defense.

## ➜ Cyber criminals phish (a social engineering tactic) by:

- **Contacting you** through fraudulent, spoofed or compromised email accounts or messaging apps.

- **Providing an urgent pretext** for why you must send confidential or financial information.

- **Encouraging you to click** a link that downloads malware onto your computer and gives criminals access to your device and information

## ➜ Be proactive:

- **Be careful** when posting personally identifiable information on social media. Enable security settings on your social media profiles to limit what you share publicly.

- **Download app updates.** Unpatched software can make you an easy target.

- **Invest in antivirus software** and other cyber security software that can flag suspicious emails and sites.

- **Don't fall for the bait.** If an offer sounds too good to be true, it probably is. Or if an email looks strange, look up the sender and call them (don't use the number they provide).

- **Never trust** unknown individuals. Verify everything they claim and do not send sensitive information to anyone whose identity you can't verify.

## ➜ If you suspect you have been targeted:

- **Don't delay.** Acting quickly after an event can minimize damage to you or your business.

- **Call your bank** and freeze financial accounts that may be affected.

- **Change all passwords** that may have been compromised.

- **File reports** with the relevant local enforcement officials.

- **Notify the company** on whose platform the threat originated.

- **Document everything** about the financial fraud. The more information you have, the better armed you will be to assist an investigation, and the better prepared you will be against future cyber crime attempts.

*Visit www.bankofamerica.com/security to learn how to help protect yourself and those closest to you.*

1

**BANK OF AMERICA** 🎗

## CYBER SECURITY – SOCIAL ENGINEERING

### IMPORTANT INFORMATION

Neither Bank of America nor its affiliates provide information security or information technology (IT) consulting services. This material is provided "as is", with no guarantee of completeness, accuracy, timeliness or of the results obtained from the use of this material, and without warranty of any kind, express or implied, including, but not limited to warranties of performance, quality and fitness for a particular purpose. This material should be regarded as general information on information security and IT considerations and is not intended to provide specific information security or IT advice nor is it any substitute for your own independent investigations. If you have questions regarding your particular IT system or information security concerns, please contact your IT or information security advisor.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of BofA Corp.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC, and wholly-owned subsidiaries of BofA Corp.

"Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

© 2023 Bank of America Corporation. All rights reserved. 5826903

2

# EXHIBIT

# F

**BANK OF AMERICA** 🦅  Online Banking

# Online Banking Service Agreement

‹ Go to Online Banking Overview

## Bank of America Online Banking Service Agreement

---

Effective Date: December 6, 2023

**Table of Contents:**   Show all Topics

 1. General Description of Bank of America Online Banking Service Agreement (this "Agreement")
 2. Internal Transfer Services and Payments to Your Bank of America Loan Accounts From An External Account
 3. Bill Payment Services
 4. Zelle® Network Service (Email and Mobile Transfers)
 5. Real Time Payment Network Service
 6. ACH and Wire Transfers
 7. Online Banking Alerts
 8. Error Resolution Procedures for Consumer Accounts
 9. Additional Provisions Only Applicable to Small Business Accounts
10. Disclaimer of Warranties, Limitation of Liability and Indemnification
11. Other Terms and Conditions

## 1. General Description of Bank of America Online Banking Service Agreement (this "Agreement")

**A. What This Agreement Covers**

This Agreement is between each owner of an eligible account, a person applying for an eligible account, or authorized representative appointed or entitled to online access on another person's behalf ("you" or "your") and Bank of America, N.A. (Bank of America).  This Agreement governs your use of any online or mobile banking services maintained by Bank of America and accessible through bankofamerica.com using a personal computer or a mobile device, including a smartphone, tablet, or any other eligible handheld or wearable communication device (the "Service(s)").

Under the terms of this Agreement, you may use the Services to obtain financial products and services, access and view account information, and, for certain accounts, move money electronically and perform authorized transactions, for eligible U.S.-based Bank of America consumer and small business accounts and affiliate accounts linked to the Service, such as those at Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill").

When used in the Agreement, the term "small business" includes sole proprietors, non-consumer business entities, and individual owners of the business, unless the context indicates otherwise. If you are a small business customer, additional or different terms and conditions applicable to the Services, as well as additional Services available exclusively to small business customers, are included in the Business Services Addendum, which is a part of this Agreement.

When you first set up your Online/Mobile ID, we will link all of your eligible Bank of America and affiliate accounts, including joint accounts. If you open an additional eligible account at a later date, we will link your new account to the Service, unless you tell us not to do so. Unless indicated otherwise by the context, "linked Bank of America accounts" or "linked accounts" refers to all of your accounts with Bank of America and its affiliates that are linked to the Service.

When your Service is linked to one or more joint accounts, we may act on the verbal, written or electronic instructions of any authorized signer.

Please note that some of the Services may not be available at all times or when using certain digital devices or applications. For example, some

functions may be available online through a personal computer but not available through our mobile app.

**B. Accepting the Agreement**

When you apply for, enroll in, activate, download or use any of the Services described in this Agreement or authorize others to do so on your behalf, you are contracting for all Services described in the Agreement and agree to be bound by the terms and conditions of the entire Agreement, as well as any terms and instructions that appear on a screen when enrolling in, activating or accessing the Services.

**C. Relation to Other Agreements**

Your use of the Services may also be affected by your Deposit Agreement and Disclosures, including the applicable schedule of fees ("Deposit Agreement"), or other agreement with us for your linked Bank of America accounts and/or an agreement with our affiliates for your affiliate accounts linked to the Service, including your investment accounts at Merrill. When an account is linked to the Services, it does not change the agreements you already have with us or our affiliates for that account and you are still subject to the terms and conditions we gave you in the agreement and disclosure for the linked account. The terms and conditions for those account agreements, including any applicable fees, transaction limitations, liability rules and other restrictions that might impact your use of an account with the Services, are incorporated into this Agreement.  In the event of a conflict between the terms of those account agreements and this Agreement, the terms of the applicable account agreement will prevail unless this Agreement specifically states otherwise.

If you use the Services to move money between your investment accounts governed by the Merrill Lynch Brokerage Website Terms and Conditions, which you agreed to when you became a Merrill online customer, that agreement, and not this Agreement will apply to your transaction.

**2. Internal Transfer Services and Payments to Your Bank of America Loan Accounts From An External Account**

**A. Transfers Between Your Accounts**

You may use the Service to transfer funds between your linked Bank of America and Merrill accounts without a fee on either a one-time or recurring basis, including as a payment to a linked installment loan, credit card or mortgage.

| Transfer From | Transfer To | $ Limit[1] | Cut-off Time (all eastern PM) |
|---|---|---|---|
| Your Checking/Savings account | Your Checking/Savings account | $9,999,999.99 | 10:45[2] |
| Your Checking/Savings account | Your Investment account | $9,999,999.99 | 4:45 |
| Your Investment account | Your Checking/Savings or Loan account | $100,000.00 per calendar day<br><br>$250,000 per week | 4:45[2,3] |
| Your Checking/Savings account | Your Loan Account | $9,999,999.99 | 10:45[3] |
| Your Credit Card/ Business Line of Credit/HELOC | Your Checking/Savings or Loan Account | $9,999,999.99 | 10:45[2,3] |

There are no receiving limits for Internal Transfers between your own accounts.

[1]/ Higher limits may apply for Bank of America Private Bank, Merrill or small business accounts.

[2]/ Transfers to a Bank of America checking or savings account made after the applicable cut-off time indicated above but by 11:59 p.m. on a business day in the State where your checking or savings account was opened, will be posted as of the next business day in your transaction history, but will be included in the balance we use to pay transactions that night. This process may impact when fees apply to your account.

[3]/ Funds transferred as a payment to an eligible credit card, business line of credit, home equity line of credit during draw period ("HELOC"), installment loan or mortgage (together "Loan Accounts") after the applicable cut-off time indicated above but by 11:59 p.m. ET will be credited with the date the payment is submitted. It may take up to 2 business days for these updates to be reflected in your account balances, funds availability, and transaction posting.

- One-time transfers may be made at any time and are immediately debited from a checking or savings account's available balance or a credit account's available credit.
- Future dated or recurring transfers scheduled for a weekend or a non-business day will be debited from the funding account on the prior business day. All other scheduled and recurring transfers will be debited from the funding account at the beginning of the business day requested.
- Future scheduled and recurring transfers can be canceled prior to midnight ET on the business day prior to the date the transfer is scheduled to be made. A one-time immediate transfer cannot be canceled after it has been submitted.
- The best way to cancel a future scheduled or recurring transfer is to follow the instructions on our website. The cancel feature is found in the payment activity section. You may also request to cancel a future scheduled or recurring transfer by calling us at **800.432.1000** for consumer accounts and **866.758.5972** for small business accounts. If you are calling from outside of the continental U.S., call us collect at **925.681.7600**.

## B. Transfers to Someone Else Using Their Account Number

You may use the Service to make one-time transfers from a linked Bank of America checking, savings, money market or line of credit account to most checking, savings or money market accounts of other Bank of America customers using their account number.

| Transfer From | Transfer To | $ Limit[1] | Cut-off Time (all eastern PM) |
|---|---|---|---|
| Your Checking/Savings account | Checking/Savings account of Someone Else | $3,500 per 24 hours  $10,000 per week | 10:45 |

[1]/  You may be eligible for higher limits if you add Secured Transfer to receive a one-time passcode on your mobile device or register a USB security key. Higher limits may also apply for Bank of America Private Bank, Merrill or small business accounts.

One time transfers may be made at any time and are immediately debited from a checking or savings account's available balance.  A one-time transfer cannot be cancelled after it has been submitted.

You may receive transfers from other Bank of America customers in the aggregate of $999,999.00 per week.

Internal Transfer send limits for both Sections 2.A and 2.B are set at the customer profile (User ID) and apply to all accounts visible in the "From" dropdown when initiating an Internal Transfer.  If you are a small business customer and are not receiving the small business limits, make sure you are logged in with your small business User ID.

## C. Payments to Your Bank of America Loan Accounts From An External Account

- You may use the Service to make payments on your certain eligible Bank of America Loan accounts without a fee, on either a one-time or recurring basis, from your consumer asset account maintained at another financial institution that you have added to Transfers. For payments from your linked Bank of America accounts, see Section 2.A above.
- Payments to your charged-off credit card accounts from your consumer asset account maintained at another financial institution can be for any amount up to $249,999.99.

- Payments to your mortgage or HELOC loan accounts from your consumer asset account maintained at another financial institution can be for any amount up to $99,999.99 with escrow payments limited to $5,000.00.

- You certify that any account you add to Transfers is an account from which you are authorized to make payments, and any payment you make using Transfers will debit an account that you are legally authorized to use. When you add an account maintained at another financial institution, you do not change the agreements you have with that financial institution for that account. Please review those agreements for any applicable fees, limitations on the number of transactions you can make, and for other restrictions.

- Payments to your Loan accounts from a consumer asset account maintained at another financial institution that are initiated by 11:59 p.m. ET will be applied on the same day. It may take up to 2 business days for these updates to be reflected in your account balances, funds availability, and transaction posting.

- If the financial institution upon which your payment is drawn rejects, refuses, or returns the payment, the payment to your Loan account will be reversed and you may incur late payment or other fees. The institution holding your deposit account may impose a returned item or other fee.

- Future scheduled and recurring payments to your Loan accounts from your account at another financial institution can be canceled prior to midnight ET on the calendar day prior to the date the payment is scheduled to be made. A one-time immediate payment cannot be canceled after it has been submitted.

- The best way to cancel a future scheduled or recurring payment is to follow the instructions on our website. The cancel feature is found in the payment activity section of Transfers. You may also request to cancel a future scheduled or recurring payment by calling us at **800.432.1000** for consumer accounts and **866.758.5972** for small business accounts. If you are calling from outside of the continental U.S., call us collect at **925.681.7600**.

## 3. Bill Payment Services

This section is not applicable to small business customers participating in the Payments and Invoicing Service described in Section 8.0 of the Business Services Addendum, which is a part of this Agreement.  You may only be eligible to enroll in one service.  Bank of America makes no representations or warranties as to whether a bill payment program that you are eligible to enroll in is appropriate for a particular business.  You are solely responsible for determining whether a service that is made available to you is suitable for your business, considering various factors including, but not limited to, payment processing timeframes, timing for delivery of payments, fees, and limits included in the different plans.

**A. Bill Pay for Checking, Money Market and Home Equity Line of Credit Accounts**

Bank of America customers may use Bill Pay to make payments to companies or individuals ("Payees") in the following manner:

- Payments can be scheduled from linked checking, money market savings, and HELOC accounts during the draw period. Note that you may not link HELOC accounts opened in Texas.

- Payments can be scheduled from a checking, money market savings or other consumer asset account maintained at another financial institution that you have added to Bill Pay. You certify that any account you add to Bill Pay is an account from which you are authorized to make payments, and any payment you make using Bill Pay will debit an account that you are legally authorized to use. When you add an account maintained at another financial institution, you do not change the agreements you have with that financial institution for that account. Please review those agreements for any applicable fees, limitations on the number of transactions you can make, and for other restrictions that might limit your use of the account with Bill Pay.

- Payments can be entered as a one-time transaction up to a year in advance, recurring transactions or as payments that are automatically scheduled upon the receipt of an electronic bill (e-Bill).

- Future scheduled or recurring payments that fall on a weekend or holiday will be processed on the prior business day, except for payments to Bank of America credit cards, which will be processed on the date scheduled.

You authorize us to make payments in the manner we select from the following methods:
  - Electronic transmission. Most payments are made by electronic transmission.

- Corporate check – This is a check drawn on our account or the account of our vendor. If a Payee on a corporate check fails to negotiate the check within ninety (90) days, we will stop payment on the check and re-credit your account in the amount of the payment. If a corporate check is returned to you prior to the end of the ninety (90) day period, please inform us immediately so that we can stop payment on the check and re-credit your account.
- Personal check – This is a check drawn on your account when it is presented for payment.

- All payments under Bill Pay that are sent care of APO/FPO or similar addresses will be sent by corporate or personal check. Because all such payments will be made by check, they will not be Remittance Transfers (as defined in Section 6.F of this Agreement).

Any obligations that you wish to pay through Bill Pay must be payable in U.S. dollars to a Payee located in the United States. We reserve the right to restrict categories of Payees to whom payments may be made using the Service. We recommend that you not use the Service to make:

- Tax payments
- Court-ordered payments
- Payments to settle securities transactions

Scheduling Bill Payments

- The scheduled delivery date is the date you enter for the payment to be delivered to the Payee. For payments made by electronic transmission or corporate check, the payment amount will be debited from the account that you designate on the scheduled delivery date. For payments made by personal check, the account you designate will be debited when the check is presented to us for payment which may occur before, on or after the scheduled delivery date.
- Payments (other than payments to a Bank of America Payee) initiated before 5:00 p.m. ET on a business day will be scheduled and begin processing on the same business day. Payments that are entered after this cut-off time or on a day that is a non-business day will be scheduled and processed the next bank business day.
- For payments to a Bank of America Payee, such as a vehicle loan, HELOC or mortgage, Bank of America will process and credit the payment to the account effective the same business day, provided the payment is scheduled prior to the 5:00 p.m. ET cut-off. It may take up to 2 business days for these updates to be reflected in your account balances, funds availability, and transaction posting.
- For payments to Bank of America credit card and business line of credit accounts, Bank of America will process and credit the payment to the account effective the same day, provided the payment is scheduled by the 11:59 p.m. ET cut-off. It may take up to 2 business days for these updates to be reflected in your account balances, funds availability, and transaction posting.

- Bill Discovery Service. At your option, we may offer you the opportunity to add Payees from our service provider's network or, with your consent, to access your credit report to help you identify Payees which you would like to add to this service. Information from these sources may make it easier for you to make payments or add relevant e-bills to your Service.

When you attempt to schedule a payment, we will inform you of the earliest available delivery date. To assure timely payment, you must schedule payments, and your account must be in good standing and have sufficient available funds in the designated deposit account to cover the payment, at least five (5) bank business days before the payment due date, NOT the date after which late payment fees may be assessed.

If an account does not have sufficient available funds on the scheduled date, we may elect not to initiate one or more of the transfers. If we do elect to initiate the transfer, which may involve one or more attempts on subsequent business days, it may cause an overdraft in your account in which case you shall be fully responsible for the overdraft and any Overdraft Item Fees, as set forth in your Deposit Agreement, as well as all late fees, interest charges or other action taken by the Payee. If an account has sufficient funds on the scheduled date and we initiate the transfer but the account does not have sufficient funds when the payment posts to your account, we will not charge an insufficient funds fee to your deposit account, but you may incur late fees, interest charges or other action taken by the Payee.

If we fail to process a payment in accordance with your properly completed instructions, we will reimburse you for any late payment fees. As indicated above, some payments may be made by a personal check. Since we can't predict the exact date that a personal check will be presented to us for payment, please make sure you have sufficient funds in your account beginning a few days before your scheduled delivery date and keep such funds available until the payment is deducted from your account.

Bill Pay payments sent via corporate or personal check with different Payee names may be combined in one envelope if those payments have the same mailing address, and your intended Payee has not registered their full/unique mailing address with the USPS, including their secondary address designation, e.g., Suite, Room, Floor, Dept., Building, or Unit. If we need to, we'll change or reformat your Payee account number to match the account number or format required by your Payee for electronic payment processing and eBill activation.

**B. Bill Pay for Credit Card or Vehicle Loan (automotive, recreational vehicle, boat or aircraft) Only Customers**

- Payments to your Bank of America credit card or vehicle loan up to $249,999.99, can be scheduled from a checking, money market savings or other consumer asset account maintained at another financial institution that you have added to Bill Pay.

- Payments can be entered as a one-time transaction up to a year in advance, or as payments that are automatically scheduled upon the receipt of an e-Bill.

- Payments to your credit card or business line of credit account initiated by 11:59 p.m. ET will be applied on the same day. Payments entered after this cut-off will be scheduled and processed on the next calendar day.

- Payments to your vehicle loan account initiated before 5 p.m. ET on a business day will be applied on the same day. Payments entered after this cut-off will be scheduled and processed on the next business day.

- If the financial institution upon which your payment is drawn, including Bank of America, rejects, refuses, or returns the payment, the payment to your Bank of America credit card, business line of credit or vehicle loan will be reversed and you may incur late payment or other fees. The institution holding your deposit account may impose a returned item or other fee.


## C. E-Bills

E-Bills is a feature of the Bill Pay Service that enables you to receive bills electronically from participating Payees

- **Approval of e-Bills**
  Participating Payees establish their own criteria for reviewing requests to receive e-Bills and have sole discretion to accept or decline your request.

- **Accessing e-Bills from a Third Party**
  In some cases we obtain the e-Bill from the web site of the Payee. To do so, we will ask you for information needed for this purpose, such as any required password. When you provide this information, you authorize us to access the third party web site to retrieve the account information on your behalf, and you appoint us your agent for this limited purpose.

- **Timely Delivery of e-Bills.**
  We take no responsibility if a Payee does not provide the necessary data to forward an e-Bill in a timely manner. If you do not receive an e-Bill, it is your responsibility to contact the Payee directly. We are not responsible for any late charges or other adverse consequences. Any questions regarding your e-Bill details should be directed to your Payee.

- **Stop e-Bills**
  You or we can cancel the e-Bill service, or a particular e-Bill at any time. If you request that a particular e-Bill be discontinued, we require seven (7) business days for the Payee to receive and process the request.  If an e-Bill from a Bank of America Payee is canceled, any e-Bills previously delivered but not paid will be removed from your list of payable e-Bills.

- **Privacy**
  When you request e-Bills from a participating Payee you may be asked to provide certain information that will be forwarded to the Payee to complete your enrollment. When you provide this information, you authorize us to share it with the Payee.

**Introductory e-Bill Opportunity**
You understand and agree that selected Payees may provide e-Bills to you through Bill Pay for up to three months in order to introduce you to the convenience of Bill Pay.  We will notify you in advance of such introductory opportunities.  Bank of America does not have access to and does not store detailed billing information contained in the e-Bill. Only you will have access to the detailed bill information. If at any time you choose not to participate in this introductory e-Bill opportunity, you have the following options:

- You can discontinue a specific e-Bill by signing into Bill Pay and selecting "cancel the e-Bill trial."

- To be removed from all future e-Bill trial enrollments, please e-mail customer care at optoutebill@customercenter.net from the email address that you use for the Service.

- If you wish to continue to receive the e-Bills after the introductory period, please follow the instructions at the e-Bills page of Bill Pay.

**D. Limits**

Bill payments from your Bank of America account can be for any amount up to $99,999.99. Please note, however, that some Payees may place limits on the amount they will accept via electronic transmission. When the limit is exceeded, the payment will be remitted by check.

**E. Canceling Bill Payments**

- In order to cancel a bill payment (including a payment you scheduled from an account maintained at another financial institution), follow the directions provided in Bill Pay. The cancel feature is found in the payment activity section. You may also request to cancel a future scheduled or recurring transfer by calling us at **800.432.1000** for consumer accounts and **866.758.5972** for small business accounts. If you are calling from outside of the continental U.S., call us collect at **925.681.7600**.

- Future-dated or recurring payments can be canceled prior to 5 p.m. ET on the third bank business day prior to the scheduled delivery date. Once a payment has begun processing, it cannot be canceled.

- If a check has been issued for your bill payment, any stop payment provisions that apply to checks in the agreement governing your bill pay funding account will also apply to Bill Pay.

**F. Fees**

There are no service fees for use of the Bill Pay Service.

## 4. Zelle® Network Service (Email and Mobile Transfers)

**A. Description of Service**

We have partnered with the *Zelle*® Network to enable a convenient way to transfer money between you and others who are enrolled directly with *Zelle* or enrolled with another financial institution that partners with *Zelle* (each, a "User") using aliases, such as email addresses or mobile phone numbers. We will refer to financial institutions that have partnered with *Zelle* as "Network Banks."

*Zelle* provides no deposit account or other financial services. *Zelle* neither transfers nor moves money. You may not establish a financial account with *Zelle* of any kind. All money will be transmitted by a Network Bank.

Transfers will be governed by the rules of any funds transfer system through which the transfers are made, as amended time from time, including, without limitation, the National Automated Clearing House Association ("NACHA") or real time payment services ("RTP").

THE SERVICE IS INTENDED TO SEND MONEY TO FRIENDS, FAMILY AND OTHERS YOU TRUST.  YOU SHOULD NOT USE THE SERVICE TO SEND MONEY TO RECIPIENTS WITH WHOM YOU ARE NOT FAMILIAR OR YOU DO NOT TRUST.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

**B. Eligibility and User Profile**

When you enroll to use the Service you agree to the terms and conditions of this Agreement. You represent that you have the authority to authorize debits and credits to the enrolled bank account. You agree that you will not use the Service to send money to anyone to whom you are obligated for tax payments, payments made pursuant to court orders (including court-ordered amounts for alimony or child support), fines, payments to loan sharks, gambling debts or payments otherwise prohibited by law, and you agree that you will not use the Service to request money from anyone for any such payments.

You agree that you will not authorize a third party to use the Service or share your credentials with a third party to use the Service on your behalf except in legally authorized situations such as legal guardianship or pursuant to a power of attorney.

The Service allows you to send or receive money using your consumer or small business deposit account. We reserve the right to suspend or terminate your use of the Service if we believe, in our sole discretion, that you are using the Service for other purposes, or if we believe you are

using the Service in a manner that exposes Bank of America or *Zelle* to liability, reputational harm or brand damage, including but not limited to using the Service to request or send money related to any of the following.

Case 0:24-cv-00278-DLB-NPM Document 1-1 Filed 03/28/24 Page 61 of 80 PageID 71

Illegal or brand damaging activities include, but are not limited to:

- Any activity that is illegal under federal or applicable state law (e.g., drugs, gambling, counterfeit goods);
- Firearms, ammunition and other weapons;
- Sexual activities or materials;
- Pornography;
- Materials that promote intolerance, violence or hate;
- Ponzi schemes;
- Traveler's checks, money orders, equities, annuities, or currencies;
- Digital currencies such as bitcoins;
- Terrorist funding;
- Fraud, for example:
    - i. Unauthorized Payments that occur in instances of account takeover, lost/stolen debit cards or account information, etc.;
    - ii. Scams - Recipient convinces a Sender to send money with Zelle by (i). pretending to be or to represent another person or entity; or (ii). offering to provide a good, service, or additional funds while intending to provide nothing in return.
- Money laundering
- Use of the Zelle Payments Service in a manner for which it was not intended, or in a way that another customer finds harassing or inappropriate (e.g., use of memo fields to communicate with another customer with no intention of processing a Payment).

We may determine other eligibility criteria in our sole discretion.

### C. Enrolling for the Service

i. You must provide us with an email address that you use and access regularly and/or a permanent U.S. mobile phone number that you intend to use for an extended period of time.

You may not enroll in the Service with a landline phone number, Google Voice number, or Voice over Internet Protocol.

ii. Once enrolled, you may:

a. authorize a debit of your account to send money to another User either at your initiation or at the request of that User; and
b. receive money from another User either at that User's initiation or at your request, subject to the conditions of the Section below titled "Requesting Money."

iii. If at any time while you are enrolled, you do not receive money using the Service for a period of 18 consecutive months, we may contact you and/or take other steps to confirm that the U.S. mobile phone number or email address that you enrolled still belongs to you. If we are unable to confirm that you are the owner of the mobile phone number or email address, then you understand that we may cancel your enrollment and you will not be able to send or receive money with the Service until you enroll again.

### D. Consent to Emails and Automated Text Messages

By participating as a User, you represent that you are the owner of the email address, mobile phone number, and/or other alias you enrolled, or that you have the delegated legal authority to act on behalf of the owner of such email address, mobile phone number and/or other alias to send or receive money as described in this Agreement. You consent to the receipt of emails or text messages from us, from *Zelle*, from other Users that are sending you money or requesting money from you, and from other Network Banks or their agents regarding the Services or related transfers between Network Banks and you. You agree that we may, *Zelle* may or our agents may use automatic telephone dialing systems in connection with text messages sent to any mobile phone number you enroll. You further acknowledge and agree:

i. You are responsible for any fees or other charges that your wireless carrier may charge for any related data, text or other message services, including without limitation for short message service. You are also responsible for the content of the memos you send using Zelle. Please

check your mobile service agreement for details or applicable fees.

ii. You will immediately notify us if any email address or mobile phone number you have enrolled is (i) surrendered by you, (ii) inactivated or removed by your provider, or (iii) changed by you. For your security, if we notice changes to your email or mobile number, or we are unable to deliver notifications, we may delete it and notify you.

iii. In the case of any messages that you may send through either us or *Zelle* or that we may send or *Zelle* may send on your behalf to an email address or mobile phone number, you represent that you have obtained the consent of the recipient of such emails or automated text messages to send such emails or text messages to the recipient. You understand and agree that any emails or text messages that we send or that *Zelle* sends on your behalf may include your name and the memo that you sent.

iv. Your wireless carrier is not liable for any delay or failure to deliver any message sent to or from us or *Zelle*, including messages that you may send through us or through *Zelle* or that we may send or *Zelle* may send on your behalf.

v. To cancel text messaging from us, text STOP to **53849**. This will unenroll you from the Service. For help or information regarding text messaging, text HELP to **53849** or contact our customer service at **800.933.6262** for consumer accounts and **866.758.5972** for small business accounts. You expressly consent to receipt of a text message to confirm your "STOP" request.

vi. Bank of America's Zelle notifications are supported by many carriers, like AT&T, T-Mobile, Sprint, and Verizon Wireless. Check with your individual carrier to confirm availability.

vii. We or *Zelle* may use information on file with your wireless operator to further verify your identity and to protect against or prevent actual or potential fraud or unauthorized use of the Service. By using the Service, you authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to use or disclose information related to your wireless subscriber account (such as your mobile number, name, address, email, network status, customer type, mobile device identifiers and other device and subscriber status information) to Bank of America or its service providers, which they may use for the duration of your business relationship with them, solely to verify your identity and help prevent fraud. See *Zelle's* Privacy Policy [https://www.zellepay.com/privacy-policy] for how it treats your data. For Bank of America's Privacy Policy, go to our Web site at https://www.bankofamerica.com/privacy.

**E. Receiving Money; Money Transfers by Network Banks**

Once a User initiates a transfer of money to your email address or mobile phone number enrolled with the Service, you have no ability to stop the transfer. By using the Service, you agree and authorize us to initiate credit entries to the bank account you have enrolled.

Most transfers of money to you from other Users will occur within minutes. There may be other circumstances when the payment may take longer. For example, in order to protect you, us, *Zelle* and the other Network Banks, we may need or *Zelle* may need additional time to verify your identity or the identity of the person sending the money. We may also delay or block the transfer to prevent fraud or to meet our regulatory obligations. If we block a payment that you have initiated through a request for money, we will notify you by email.

If you are receiving a payment from a business or government agency, your payment will be delivered in accordance with both this Agreement and the procedures of the business or government agency that is sending you the payment.

**F. Sending Money; Debits by Network Banks**

You may send money to another User at your initiation or in response to that User's request for money. You understand that use of this Service by you shall at all times be subject to (i) this Agreement, and (ii) your express authorization at the time of the transaction for us or another Network Bank to initiate a debit entry to your bank account. You understand that when you send the payment, you will have no ability to stop it. You may only cancel a payment if the person to whom you sent the money has not yet enrolled in the Service.  If the person you sent money to has already enrolled with *Zelle*, either in the *Zelle* mobile app or with a Network Bank, the money is sent directly to their bank account (except as otherwise provided below) and may not be canceled or revoked.

In most cases, when you are sending money to another user, the transfer will occur in minutes; however, there are circumstances when the payment may take longer. For example, in order to protect you, us, *Zelle* and the other Network Banks, we may need additional time to verify your identity or the identity of the person receiving the money. During this period, and in any other circumstance when we need additional time to verify the transfer details, a hold will be placed on your account for the amount of the transfer. You understand and acknowledge that a person to whom you are sending money and who is not enrolled as a User may fail to register with *Zelle*, or otherwise ignore the payment notification, and the transfer may not occur. If the person to whom you are sending money does not enroll, set up an email address or mobile number and accept the transfer within 14 days, the transfer will be canceled.

The money may also be delayed or the transfer may be blocked to prevent fraud or comply with regulatory requirements. We will notify you by email if we block or the transfer may be blocked to prevent fraud or comply with regulatory requirements. We will notify you by

We have no control over the actions of other Users, other Network Banks or other financial institutions that could delay or prevent your money from being delivered to the intended User.

## G. Liability

Except as otherwise provided in this Agreement, neither we nor *Zelle* shall have liability to you for any transfers of money under the Service, including without limitation, (i) any failure, through no fault of us or *Zelle* to complete a transaction in the correct amount, or (ii) any related losses or damages. Neither we nor *Zelle* shall be liable for any typos or keystroke errors that you may make when using the Service.

For information regarding your liability for unauthorized transactions, see Section 8 of this agreement.

THE SERVICE IS INTENDED FOR SENDING MONEY TO FAMILY, FRIENDS AND OTHERS WHOM YOU TRUST. YOU SHOULD NOT USE *ZELLE* TO SEND MONEY TO RECIPIENTS WITH WHOM YOU ARE NOT FAMILIAR OR YOU DO NOT TRUST. NEITHER WE NOR *ZELLE* OFFER A PROTECTION PROGRAM FOR AUTHORIZED PAYMENTS MADE THROUGH THE SERVICE (FOR EXAMPLE, IF YOU DO NOT RECEIVE THE GOODS OR SERVICES THAT YOU PAID FOR, OR THE GOODS OR SERVICES THAT YOU RECEIVED ARE DAMAGED OR ARE OTHERWISE NOT WHAT YOU EXPECTED).

## H. Requesting Money

You may request money from another User. You understand and acknowledge that Users to whom you send payment requests may reject or ignore your request. Neither we nor *Zelle* guarantee that you will receive money from other Users by sending a payment request, or that you will receive the amount that you request. If a User ignores your request, we may decide or *Zelle* may decide, in our sole discretion, that we will not send a reminder or repeat request to that User.

By accepting this Agreement, you agree that you are not engaging in the business of debt collection by attempting to use the Service to request money for the payment or collection of an overdue or delinquent debt; to request money that is owed to another person; or to collect any amounts that are owed pursuant to a court order. You agree to indemnify, defend and hold harmless us, *Zelle*, our and their owners, directors, officers agents and Network Banks from and against all claims, losses, expenses, damages and costs (including, but not limited to, direct, incidental, consequential, exemplary and indirect damages), and reasonable attorney's fees, resulting from or arising out of any request for money that you send that is related to overdue or delinquent amounts.

You agree to receive money requests from other Users, and to only send requests for legitimate and lawful purposes. Requests for money are solely between the sender and recipient and are not reviewed or verified by us or by *Zelle*. Neither we nor *Zelle* assume responsibility for the accuracy or legality of such requests and do not act as a debt collector on your behalf or on behalf of the sender of a request for money.

We reserve the right, but assume no obligation, to terminate your ability to send requests for money in general, or to specific recipients, if we deem such requests to be potentially unlawful, abusive, offensive or unwelcome by the recipient.

## I. Fees

There is no fee for sending or receiving a transfer under the Service.

## J. Cancellation

A transfer submitted through the Service may not be canceled once the recipient has enrolled. If the recipient has not yet enrolled, you may cancel by going to the Zelle section of the Bank of America website or mobile app and tapping on "Activity".

## K. Limits

The following limits apply to Zelle transfers.[1]

| | Every 24 hours | Every 7 days | Every Month |
|---|---|---|---|
| Consumer | $3500 / 10 transactions | $10,000 / 30 transactions | $20,000 / 60 transactions |
| Small Business[2] | $15,000 / 20 transactions | $45,000 / 60 transactions | $60,000 / 120 transactions |

[1]/Private Bank and Merrill Lynch Wealth Management clients may be subject to higher dollar limits and total transfers. Please contact your advisor for more information on your limits.

[2]/ Zelle send limits are set at the customer profile (User ID) and apply to all accounts visible in the "From" dropdown when initiating a Zelle payment.  If you are a small business customer and are not receiving the small business limits, make sure you are logged in with your small business User ID.

There are no receiving limits for Zelle transfers.

## 5. Real Time Payment Network Service

### A. Description of Service

You can use the Real Time Payments Service ("RTP") to receive a Request for Payment ("RFP") from other individuals or businesses with a bank account at a financial institution participating in RTP ("hereinafter Payee") and to pay such RFPs from an eligible checking account to that Payee using RTP.

### B. Eligibility and Enrollment

Transfers using RTP may be made only in U.S. Dollars and only between accounts at banks located in the United States that are participating in RTP. When you enroll to use RTP to receive RFPs or send payments, you agree to the terms and conditions of this Agreement. You represent that you have the authority to authorize payments from the enrolled bank account.

In order to avoid potential duplicate payments to the same biller, you agree to turn off any e-bills or other duplicate electronic billings or recurring payment arrangements you have with the same Payee from whom you elect to receive a RFP. Failure to do so may result in over payments.

You agree that you will not send money to anyone for any purpose that is prohibited by law.

You may make payments using your consumer checking account. We may require you to validate certain account information before you are permitted to send a payment using RTP. We reserve the right to suspend or terminate your use of RTP if we believe, in our sole discretion, that you have violated any of these terms or conditions or are otherwise engaging in a fraudulent or other illegal manner.

### C. Sending a Payment

Upon your receipt of a RFP, you may respond by making a payment in an amount you designate to the Payee submitting that RFP or you can elect to disregard the RFP. You may make a one-time immediate payment or a future-scheduled payment in response to a RFP. Recurring payments are not available at this time. You may make payments 24 hours a day, 7 days a week, including weekends and holidays.

By making a request to send a payment, you authorize us to debit your account for the amount of the payment and to transfer that amount to the Payee you designate. You also understand that your account will be debited immediately for a one time immediate payment, or on the date you have scheduled for a future-scheduled payment, in the amount you have designated and a transfer will be made in real time to that Payee's financial institution. However, we do not control when the financial institution will credit the intended Payee's account or when your account with the Payee will reflect the payment. If we fail to process a payment in accordance with your properly completed instructions and the RTP requirements, we will reimburse you for any late payment fees charged by the Payee, in addition to any other remedies that may be available to you under Section 8 of this Agreement.

Since all payments are irrevocable and cannot be reversed, you should be careful to verify that the RFP you receive is from a Payee you know and trust and that the amount you are about to send is correct. We do not represent that the information contained in a RFP is accurate and complete. It is your responsibility to verify the accuracy of that information prior to sending a payment. You will still be responsible for any payment you authorize us to make even if you enter the wrong amount. We will not be liable for any typographical, keystroke or other errors made by you.

We do not offer a protection program for authorized payments made through RTP. We will not be liable if you do not receive the goods or services that you paid for, or if the goods or services are damaged or otherwise not what you expected. You are responsible for resolving any such disputes you may have with the Payee to whom you sent a payment through RTP.

**D. Fees**

There is no fee for receiving a RFP or making payments in response to a RFP using RTP.

**E. Cancellation**

Immediate transfers made using RTP are irrevocable and cannot be reversed or stopped once made. Future-scheduled payments may be cancelled by 11:59 p.m. ET on the business day prior to the scheduled transfer by going to the Transfers section of the Bank of America website or mobile app and tapping on "Activity".

**F. Limits**

The following limits will apply to payments sent using RTP*:

|  | Every 24 hours | Every 7 days | Every Month |
| --- | --- | --- | --- |
| Consumer checking | $3500 / 10 transactions | $10,000 / 30 transactions | $20,000 / 60 transactions |

*Private Bank and Merrill Lynch Wealth Management clients may be subject to higher dollar limits and total transfers. Please contact your advisor for more information on your limits.

**G. Liability for Unauthorized Transfers**

For information regarding your liability for unauthorized transactions, see Section 8 of this Agreement.

# 6. ACH and Wire Transfers

Transfers sent outside of the United States that are initiated by consumers primarily for personal, family or household purposes ("Remittance Transfers"), are governed by federal law (see section 6.F below). This Agreement governs not only Remittance Transfers, but also certain other transfers between your linked accounts at Bank of America and your accounts at other financial institutions, or to someone else's account, using an account number and financial institution identifier.

For transfers other than Remittance Transfers, including general questions, requests for cancellation of payments and transfers, or to report unauthorized transactions, please call us at **800.432.1000** or **866.758.5972** for small business accounts, available Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside of the continental U.S., call us collect at **925.681.7600**.

You may also write us at:

Bank of America
FL1-300-02-07
P.O. Box 25118
Tampa, FL 33622-5118

For Remittance Transfers, please see the contact information in Section 6.F below.

**A. Security Procedures**

By enrolling in the Service and accessing it using your User ID and password, and such other security and identification methods as we may require from time to time, such as security questions or one-time passcodes, you acknowledge and agree that this system includes security procedures for transfers initiated through this Service that are commercially reasonable. You agree to be bound by instructions, whether authorized or unauthorized, which we implement in compliance with these procedures, unless you have given us prior notice of possible unauthorized use of your password and we had a reasonable opportunity to act on such notice.

**B. Types of ACH and Wire Transfers**

You may send and receive the following types of ACH and Wire transfers:

| Types of Transfers[1, 2] | Sending Limits (per transaction)[3] | Receiving Limits (per transaction)[3] | Fees[4] | Cut-Off Times (all eastern PM) |
|---|---|---|---|---|
| Three Business Day ACH (outbound)<br><br>• Small Business | • $5000 | • N/A | • $1.00 | • 8:00 |
| Three Business Day ACH (inbound)<br><br>• Consumer | • N/A | • $1,000 | • $0.00 | • 8:00 |
| Next Business Day ACH (outbound)<br><br>• Consumer<br>• Small Business | • $1000<br>• $5000 | • N/A | • $0.00<br>• $5.00 | • 8:00<br>• 8:00 |
| Next Business Day ACH (inbound)[5]<br><br>• Consumer | • N/A | • $1,000 | • $0.00 | • 8:00 |
| Same Business Day (domestic) Wire Transfer (outbound)<br><br>• Consumer<br>• Small Business | • $1000<br>• $5000 | • N/A | • $30.00<br>• $30.00 | • 5:00 |
| International Wire Transfer | | | | |



| (outbound)[6] | | | | |
|---|---|---|---|---|
| • Consumer<br>• Small Business | • $1000<br>• $5000 | • N/A | • $45.00 (US Dollar transfer)<br>• $0.00 (Foreign currency transfer)<br>• $45.00 (US Dollar transfer) $0.00 (Foreign currency transfer) | • 5:00 |

[1]/ For domestic transfers, funds will be debited from your Bank of America account on the business day you direct us to initiate processing of the transfer, and typically will be credited to the receiving account on the same business day, next business day or third business day (small business only), depending on your choice.

[2]/ For Direct Payments Service, see the Business Services Addendum for details on fees and limits.

[3]/ Daily and monthly limits may also apply. You may be eligible for higher transaction limits if you add Secured Transfer to receive a one-time passcode on your mobile device or register a USB security key. Higher transaction limits may also apply for Bank of America Private Bank, Merrill or small business accounts.

[4]/ You will be charged $25 for each transfer trace that you ask us to execute for you. International transfers may be subject to additional fees charged by intermediary, receiving and beneficiary banks.

[5]/ To be eligible to receive a next business-day ACH transfer, you must first have received an aggregate of $500.00 in one or more three business day ACH transfers, and the first three business day ACH transfer must have been at least 60 days prior to the first next business day ACH transfer.

[6]/ For international outbound transfers, funds will be debited from your Bank of America account on the business day you direct us to initiate processing of the transfer. Bank of America will send the payment out on that business day and, except for Remittance Transfers the beneficiary's bank typically receives the funds 1 to 2 business days later and the funds typically will be credited to the beneficiary within 2 business days. See Section 6.F for special rules applicable to Remittance Transfers.

ACH/Wires send limits are set at the customer profile (User ID) and apply to all accounts visible in the "From" dropdown when initiating an ACH/Wire payment. If you are a Small Business customer and are not receiving the Small Business limits, make sure you are logged in with your Small Business User ID.

You may also move money within the U.S. without a transfer fee by using Zelle (described in Section 4 above) or Bill Pay (described in Section 3 above). ACH and Wire transfers are alternatives that allow you to transfer funds when delivery of funds domestically by a specific date is critical or when you are transferring funds outside the U.S.

## C. Transfer Rules

• Small business customers may transfer funds from their business checking account to an individual's or vendor's account at another financial institution, but may not transfer funds from an external account to their small business account. Before scheduling a transfer to an individual, you agree that you will have received a signed authorization from the payee, and that the authorization will not have been revoked. You agree to provide a copy of the authorization to us upon our request. Before scheduling any vendor payment, you agree that you will have received authorization from the vendor to make the payment by electronic means.

• You will need to provide certain identifying information about each non-Bank of America account in order to register that account for this Service. For inbound transfers, you agree that you will only attempt to register non-Bank of America personal accounts that you own or for which you have the authority to transfer funds. You also agree that if we are unable to verify your ownership of a non-Bank of America account for whatever reason, we will deny your request. Same-Business-Day Wire transfers are not available for inbound transfers. Transfers to accounts located outside the United States are available for outbound transfers only and are subject to the delivery times indicated above. Next-Business-Day and Three-Business-Day ACH transfers are not available for international transfers.

• Bank of America cannot guarantee the timely delivery or return of funds as a result of the failure of another financial institution to act in a timely manner. Please note that beneficiary banks located in some countries may take several days or even weeks to credit the receiving account. There may be some risk in making a transfer to a slow-to-pay country. Currency conversion charges also may apply to international outbound transfers.

• For each transfer, we will e-mail a confirmation to you at the e-mail address indicated in our records. The confirmation will note the date and the amount of the transfer and the bank or institution to or from which the transfer was made. You agree to examine the confirmation promptly upon receipt and to notify us immediately of any discrepancy between the confirmation and your records. Bank of America will not be liable for interest compensation, as otherwise set forth in this Agreement, unless Bank of America is notified of the discrepancy within 30 days from the date of your receipt of the confirmation or your bank statement including the transfer, whichever is earlier. You acknowledge and agree that if a

payment order relating to a transfer describes a beneficiary inconsistently by name and account number, payment might be made by the beneficiary's bank on the basis of the account number even if it identifies a person different from the named beneficiary and that your obligation to pay the transfer issued by you to us shall not be excused by such payment.

- You agree that you will have sufficient available funds in the designated deposit account to cover all transfers on the date scheduled. If an account does not have sufficient available funds on the scheduled date, we may elect not to initiate one or more of the transfers. If we do elect to initiate the transfer, which may involve one or more attempts on subsequent business days, it may cause an overdraft in your account in which case you shall be liable for the overdraft and any overdraft fees, as set forth in your Deposit Agreement.

- You agree that Bank of America may use any means or routes which we in our sole discretion consider suitable to execute your transfer. For small business customers, if you transfer funds in U.S. dollars to a non-U.S. dollar account, your payment may be converted into the local currency by any originating, intermediary or receiving bank, payment system or payment service provider, including Bank of America or an affiliate, as applicable. We and/or an affiliate include a mark-up or fee on such currency conversion and may profit in connection with any such currency conversion. Bank of America hereby gives notice that Same-Business-Day domestic transfers and international outbound transfers may be executed through Fedwire, a funds transfer system operated by the Federal Reserve Banks, through CHIPS (Clearing House Interbank Payments System), a funds transfer system operated by The Clearing House or through SWIFT (Society for Worldwide Interbank Financial Telecommunication). With respect to payment orders relating to the transfer which are executed through Fedwire, Federal Reserve Regulation J and all applicable Federal Reserve operating rules shall govern the payment orders. With respect to payment orders relating to the transfer which are executed through CHIPS, the CHIPS Operating Rules shall govern the payment orders. With respect to payment orders relating to the transfer which are executed through SWIFT, the SWIFT operating rules shall govern the payment orders. However, with respect to Remittance Transfers, to the extent of any inconsistencies between the above referenced rules and the provisions of the Electronic Funds Transfer Act ("EFTA"), the provisions of EFTA shall prevail. Notwithstanding anything to the contrary contained herein, the rights and obligations that apply to Remittance Transfers are set forth in the EFTA and, as applicable, as set forth in New York law. ACH transfers may be made through the Automated Clearing House processor selected by us or directly to another bank, and you agree will be subject to the National Automated Clearing House Association rules or our agreement with the other bank, in effect at such time, as applicable.

Future scheduled or recurring transfers scheduled for a weekend or a non-business day will be processed on the prior business day.

## D. Cancelling Transfers

- Except for Remittance Transfers, if you direct us to begin processing a transfer immediately or a transfer's status is In Process or Processed, you no longer have the right to cancel it. Bank of America may at its option accept your cancellations or amendments to a transfer. You acknowledge that if Bank of America attempts to cancel or amend a transfer, then the reversal request or amendment must be agreed to by each financial institution which has accepted a payment order related to the transfer at issue before it will be acted upon and you further agree that Bank of America shall have no liability if a cancellation or amendment is not completed.

- Except for Remittance Transfers, you can cancel future scheduled and recurring domestic transfers prior to midnight ET on the date processing for the transfer is scheduled to be initiated by accessing the Transfers page and selecting To/From my accounts at other banks or To someone else or business This is the preferred method for cancelling transfers. You may also request to cancel a future scheduled or recurring transfer by calling us at **800.432.1000** for consumer accounts and **866.758.5972** for small business accounts. If you are calling from outside of the continental U.S., call us collect at **925.681.7600**.After you cancel a future-dated transfer, the status changes to Canceled.

- Once an international outbound transfer has been sent, or, in the case of Remittance Transfers, after the 30 minute cancellation period has passed, you may request that a transfer be recalled, and we will communicate your request to the beneficiary's bank. If the beneficiary's bank agrees to return the funds to us, then upon completion of receipt of funds in our account, we will credit your account at the current Bank of America retail buy rate for that currency that day (see below). Please note that the exchange rate may be different from the original rate applicable to the transfer, which may result in a loss to you. Furthermore, the beneficiary's bank may assess charges for their services, which will be deducted from the amount returned to you. We will have no liability to you if the beneficiary's bank or foreign beneficiary refuses your request to recall the international wire transfer.

- If a transfer is returned by the receiving bank or beneficiary's bank for no fault of ours, we will credit your account at the current Bank of America retail buy rate for the currency that day (see below). Please note that the exchange rate will be different from the original rate applicable to the transfer, which may result in a loss to you. Furthermore, a returning bank and/or beneficiary's bank may assess charges for their services, which will be deducted from the amount returned to you.

Please see Section 6.F for the cancellation procedures applicable to Remittance Transfers.

## E. Liability

- The following applies to Same-Business-Day Domestic Wire transfers and all ACH and Wire transfers from a business account. The liability for ACH transfers to or from a Bank of America consumer account is described in Section 8 below. The liability for Remittance Transfers is described in Section 6.F below.

- If we fail or delay in making a transfer pursuant to your instructions, or if we make a transfer in an erroneous amount that is less than the amount per your instructions, unless otherwise required by law or as otherwise provided in this Agreement, our liability shall be limited to correcting the error. If we make a payment or transfer in an erroneous amount that exceeds the amount per your instructions, or if we permit an

unauthorized payment or transfer after we have had a reasonable time to act on a notice from you of possible unauthorized use, unless otherwise required by law, refund to you the amount previously paid or transferred, plus interest thereon from the date of the transfer to the date of the refund, but in no event to exceed 60 days' interest. If we become liable to you for interest compensation under this Agreement or applicable law, such interest shall be calculated based on the average federal funds rate at the Federal Reserve Bank in the district where Bank of America is headquartered for each day interest is due, computed on the basis of a 360-day year. Unless otherwise required by law, in no event will Bank of America be liable to you for special, indirect or consequential damages including, without limitation, loss or damage from subsequent wrongful dishonor resulting from our acts or omissions or lost profits, even if we are advised in advance of the possibility of such damages. We shall not be liable for your attorney's fees, except as required by law.

- You expressly agree that Bank of America shall be liable to you only for our negligent performance or non-performance of the ACH and Wire Transfer services, and that our responsibility shall be limited to the exercise of reasonable and ordinary care. Unless otherwise required by law, Bank of America shall not be liable for any error or delay on the part of any third party or for any other act or omission of any third party, including without limitation third parties used by Bank of America in executing any payment order relating to a transfer or performing a related act, and no such third party shall be deemed to be our agent.

We do not accept any liability for our exchange rates. Any and all liability relating to this information and the rates provided herein is disclaimed, including without limitation, direct, indirect, or consequential loss, and any liability if our exchange rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (including, but not limited to bank notes, checks, wire transfers etc.) For Remittance Transfers, the exchange rate to be applied to the transfer will be set forth in disclosures provided to you for the transfer in accordance with federal law.

## F. Special Rules for Remittance Transfers

The following applies to Remittance Transfers.

- As described above, a Remittance Transfer is an electronic transfer of funds initiated by a consumer primarily for personal, family or household purposes to a designated recipient in a foreign country. Federal law provides certain rights and obligations related to Remittance Transfers that may differ from rights and obligations that apply to other types of funds transfers, including disclosure, cancellation and error resolution rights. Your rights with respect to Remittance Transfers will be explained to you in a disclosure provided to you at the time you initiate each Remittance Transfer.

  Prior to sending a Remittance Transfer, we will provide you with certain important disclosures including, if applicable: (i) the amount that will be transferred to the recipient, (ii) a description of any fees or taxes we impose, (iii) the total amount of the transaction (which is the sum of (i) and (ii) above,) and (iv) the exchange rate we will use in the event you tell us that the receiving account is denominated in a foreign currency and you identify such currency. In addition, if you chose to transfer money in foreign currency, the disclosures will also include the following items in such foreign currency: (x) the transfer amount, (y) the fees imposed by third parties in connection with the transfer, and (z) the total amount to be received by the recipient (which is the difference between (x) and (y) above.) Please note the recipient may receive less than the total amount disclosed due to foreign taxes and fees charged by the recipient's financial institution for receiving a Remittance Transfer into an account, which are not required to be disclosed.

  - ▫ Once you confirm your acceptance of the Remittance Transfer terms, you will be shown a receipt which includes the items listed above and, in addition, (i) the date the funds will be available to the recipient, (ii) information you provide that identifies the recipient, and (iii) a statement of your rights in the event of an error or if you wish to cancel the transfer, as described below.
  - ▫ You are hereby notified that in the event that you provide an incorrect account number or institutional identifying number, and we are not able to recover the funds, you may lose the amount of the payment order.

If you think there has been an error or problem with your Remittance Transfer:

Call us at **877.337.8357**; or, from outside the U.S. call us collect at **302.781.6374**.

You can also write to us at:

Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

Frequently asked questions about wire transfers including error resolution procedures, can be viewed by accessing https://www.bankofamerica.com/deposits/wire-transfers-faqs/.

You must contact us within 180 days of the date we indicated to you that funds would be made available to the recipient. When you do, please tell

us:

1. Your name and address or telephone number;

2. The error or problem with the transfer, and why you believe it is an error or problem;

3. The name of the person receiving the funds, and if you know it, his or her telephone number or address;

4. The dollar amount of the transfer; and

5. The confirmation code or number of the transaction.

We will determine whether an error occurred within 90 days after you contact us and we will correct any error promptly. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of any documents we used in our investigation.

What to do if you want to cancel a Remittance Transfer:

You have the right to cancel a Remittance Transfer and obtain a refund of all funds paid to us, including any fees, within 30 minutes of your confirmation of the transfer. The best way to cancel a transfer is to log in to your account at www.bankofamerica.com and select Transfers>Send Money To Someone>Using their account number at another bank to access the right transfers activity tab. Alternatively, you may call us at **877.337.8357**, Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside the U.S., call us collect at **302.781.6374**. When you contact us, you must provide us with information to help us identify the transfer you wish to cancel, including the amount and location where the funds were sent. We will refund your money within three business days of your request to cancel a transfer as long as the funds have not already been picked up or deposited into a recipient's account.

## G. Currency Exchange Rates

We may determine a currency exchange rate and assign it to your transaction without notice to you. Exchange rates fluctuate, at times significantly, and you acknowledge and accept all risks that may result from such fluctuations. If we assign an exchange rate to your foreign exchange transaction, that exchange rate will be determined by us in our sole discretion based upon such factors as we determine relevant, including without limitation, market conditions, exchange rates charged by other parties, our desired rate of return, market risk, credit risk and other market, economic and business factors, and is subject to change at any time without notice. You acknowledge that exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day, as may be reported in The Wall Street Journal or elsewhere. Exchange rates offered by other dealers or shown at other sources by us or other dealers (including online sources) may be different from our exchange rates. The exchange rate you are offered may be different from, and likely inferior to, the rate paid by us to acquire the underlying currency. We reserve the right to refuse to process any request for a foreign exchange transaction.

We provide all-in pricing for exchange rates. The price provided may include profit, fees, costs, charges or other mark ups as determined by us in our sole discretion. The level of the fee or markup may differ for each customer and may differ for the same customer depending on the method or venue used for transaction execution.

We do not accept any liability for our exchange rates. Any and all liability for our exchange rates is disclaimed, including without limitation direct, indirect or consequential loss, and any liability if our exchange rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (including but not limited to bank-notes, checks, wire transfers, etc.).

## 7. Online Banking Alerts

### A. General Information

We provide four types of alerts:

1. General & Security Alerts are sent to you when important changes are made online to your account, such as changing your email or home address, telephone number, User ID or password, or unusual card activity.
   - General and Security alerts are automatically activated and sent to your primary email address. If you choose, you may turn off General

alerts, but not Security alerts.

2. Automatic Alerts provide you with important account notifications, such as information about a money transfer, insufficient funds or availability of a paperless statement.

- Automatic alerts are automatically activated and sent to your primary email address only. You may not turn off Automatic Alerts.

3. Account Alerts allow you to choose optional alert messages for your accounts, such as payment reminders or transaction alerts for credit or debit card charges.

- You must select and activate account alerts; you can turn off account alerts at any time.

4. Personalized insights and guidance to help manage your finances which are sent through Mobile app push notifications. Insights are automatically activated; you can turn off insights at any time.

Alerts are subject to the following:

- We may add new alerts from time to time, or cancel old alerts. We usually notify you when we cancel alerts, but are not obligated to do so. Because alerts are not encrypted, we will never include your full account number. However, alerts may include your name and some information about your accounts, such as your account balance or due date. Anyone who has access to your messages could view the alert information.

- Alerts will be sent to the email address you have provided as your primary email address for the Services. For General & Security and Account Alerts, you can also choose to have these sent to a secondary email address, a mobile device that accepts text messages (as described in Section 7.B), or a mobile device that can receive our Mobile App alerts through a push notification system. You can control mobile Push notification delivery within the Bank of America mobile app. If your email address or your mobile number changes, you are responsible for informing us of that change. While Bank of America does not charge for the delivery of the alerts, please be advised that text or data charges or rates may be imposed by your carrier.

- We do our best to provide alerts in a timely manner with accurate information, but alerts may be delayed or prevented by a variety of factors beyond our control (such as system failures or misdirected delivery). We don't guarantee the delivery or accuracy of alerts. You agree that we are not liable for any delays, failure to deliver, or misdirected delivery of any alert; for any errors in the content of an alert or for any actions taken or not taken by you or a third party as the result of an alert.

- By use of the Services, you acknowledge that Services-related communications, alerts, or notifications may be sent by us and received by you electronically, including, but not limited to, through email, mobile text messaging, or mobile push notifications, during any part of the day, including outside of normal business hours and between the hours of 9 p.m. and 8 a.m. local time. You agree that the Bank will not be liable for any damages or other liability related to the time of day any electronic communications, alerts, or notifications are sent or received.

## B. Mobile Text Alerts

### 1. Online Banking Alerts via Text Message

You have the option of adding a mobile phone number to your profile. By adding a mobile phone number to your profile, you are certifying that you are the account holder for the mobile phone account or have the account holder's permission to use the mobile phone number for the Services. You are also consenting to receive alerts using auto-dialer technology and to receiving text messages. Text message fees may apply depending on your mobile carrier plan.

You can text STOP to **692632** at any time to stop SMS text alerts that you activated on the Alerts Settings pages. Alerts sent to your primary email address won't be affected by this action. To restore text alerts, go to the Alerts Settings pages and reactivate the alerts. For help with SMS text alerts, send the word HELP to **692632**.

### 2. Security Alerts via Text Message

We may also send credit card, business line of credit and/or debit card security text alerts to your mobile phone number when applicable. Text alerts will be delivered from a short code number which are Free to End User (FTEU), however, data rates may apply depending on your mobile carrier plan. You can opt out of security alerts anytime by sending the word STOP to the applicable short codes below. Opting out of the alerts will

automatically STOP all security alerts via text message from being sent to you. If you need further assistance text HELP to any of the following codes for more information.

| Product> | Short Code | Toll Free Number |
|---|---|---|
| Credit Card Security Alerts | 322632 | 844.585.0488 |
| Debit Card Security Alerts | 39989 | 844.585.0485 |
| Small Business Credit Card Security Alerts | 96264 | 800.427.2399 |
| Check Fraud Security Alerts | 86006 | 877.887.8935 |
| Digital Banking Security Alerts | 55983 | 866.500.6260 |
| Account Takeover Security Alerts | 56433 | 866.376.7091 |
| Zelle Payment Security Alerts | 80814 | 866.376.4584 |

Account restrictions alerts are sent from short code **85594**. You can opt out of this alert any time by texting STOP to **85594**. Opting out of this alert will automatically stop these account restriction alerts from being sent to you. Text HELP for SMS help, or call us at **800.427.2449**

For information about our privacy and security practices and a link to our U.S. Consumer Privacy Notice, go to our website at https://www.bankofamerica.com/privacy

## 8. Error Resolution Procedures for Consumer Accounts

### A. In Case of Errors or Questions About Your Electronic Transactions

Send us a secure online mail message or call us at **800.432.1000**

If you are calling from outside of the continental U.S., call us collect at **925.681.7600**

You may also write us at:

**Bank of America**

**FL1-300-02-07**
**P.O. Box 25118**
**Tampa, FL 33622-5118**

Contact us immediately if you think:

• Your statement or transaction record is wrong

- You need more information about a transaction listed on your statement
- An unauthorized person has discovered your password for the Services
- Someone has transferred or may transfer money from your account without your permission

We must hear from you no later than 60 days after we have sent the FIRST statement on which the problem or error appeared (or 90 days if the problem or error relates to a transfer from an account maintained at another financial institution). Please see Section 7.B below regarding reporting an error involving an unauthorized transaction.

If you tell us verbally, we may require you to send us your complaint or question in writing or via email within ten (10) business days (customers may use secure online mail). When you contact us, please provide the following information:

- Your name and account number
- The date and dollar amount of the transaction in question
- The name of the Payee if the transaction in question is a bill payment
- The transaction number assigned, if available
- A description of the transaction about which you are unsure

Please explain as clearly as you can why you believe there is an error or why you need more information.

We will determine whether an error occurred within 10 business days after we hear from you, and we will promptly correct any error we have made. If we need more time, however, we may take up to 45 days to investigate your complaint or question. In this case, we will provisionally credit your account within 10 business days for the amount you think is in error, so that you have the use of the money during the time it takes us to complete our investigation. If you ask you to put your complaint or question in writing, and we do not receive your letter in 10 business days, we reserve the right not to provisionally credit your account.  For errors involving new accounts, we may take up to 90 days to investigate your complaint or question and up to 20 business days to provisionally credit your account.

We will tell you the results within 3 business days after we complete our investigation.  If we conclude there was no error, we will send you a written explanation. You may request copies of the documents that we used in our investigation.

If your transaction was a Remittance Transfer (transfer of funds initiated by a consumer primarily for personal, family or household purposes to a designated recipient in a foreign country), please see the error resolution procedures in Section 6.F.


**B. Limitation of Liability for Online Banking Transactions**


Tell us at once if you believe your password has been compromised or if someone has transferred or may transfer money from your account without your permission. The best way to minimize your loss is to call us immediately. The unauthorized use of the Services could cause you to lose all of your money in your accounts, plus any amount available under your Balance Connect™ overdraft protection service.

You will have no liability for unauthorized transactions if you notify us within 60 days after the statement showing the transaction has been sent to you (or 90 days if the transaction was from an account maintained at another financial institution). If you do not, you may not get back any of the money you lost from any unauthorized transaction that occurs after the close of the 60-day period (or 90 day period if the transaction was from an account maintained at another financial institution), if we can show that we could have stopped the transaction if you had notified us in time. If a good reason (such as a long trip or hospital stay) kept you from telling us, we may extend the time periods.

If you give your User ID and password and grant authority to make transfers to a person who exceeds the authority given, you are responsible for all transactions that person performs unless you notify us that the transfers by that person are no longer authorized. Transactions that you or someone acting with you initiates with fraudulent intent are also authorized transactions.

Note: These liability rules are established by Regulation E, which implements the federal Electronic Fund Transfer Act and does not apply to business accounts. Our liability policy regarding unauthorized transactions on consumer deposit accounts may give you more protection, provided you report the transactions promptly. Also, the state law applicable to your account may give you more time to report an unauthorized transaction or may give you more protection.


**C. Our Liability for Failure to Complete Transactions**


If we do not complete a transaction to or from your account on time, or in the correct amount according to our agreement with you, we will be

liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable:

- If, through no fault of ours, you don't have enough available funds in your account (or available funds under your Balance Connect™ overdraft protection service), or credit to cover the transaction or transfer

- If the Services weren't working properly, and you knew about the malfunction when you started the transaction or transfer

- If circumstances beyond our control (such as fire or flood) prevented the transaction or transfer, despite reasonable precautions we've taken

- If there are postal delays or processing delays by the Payee

- There may be other exceptions not specifically mentioned

## D. Our Liability for ACH and Wire Transfers

For the provisions governing our liability for Same-Business Day Outbound wire transfers and international transfers please see Section 6.  Our liability for Three-Business Day ACH transfers and Next Business Day ACH transfers involving a transfer to or from a Bank of America consumer account is as described in this Section 8.

# 9. Additional Provisions Only Applicable to Small Business Accounts

## A. Protecting Passwords

If you think your password may have been compromised, or you believe there has been unauthorized or erroneous online activity with respect to your account, contact us at **866.758.5972**. If you are calling from outside of the continental U.S., call us collect at **925.681.7600**.

You agree that we may send notices and other communications, including password confirmations, to the current address shown in our records, whether or not that address includes a designation for delivery to the attention of any particular individual. You further agree that Bank of America will not be responsible or liable to you in any way if information is intercepted by an unauthorized person, either in transit or at your place of business. You agree to: 1) keep your password secure and strictly confidential, providing it only to authorized signers on your account(s); 2) instruct each person to whom you give your password that he or she is not to disclose it to any unauthorized person; and 3) immediately notify us and select a new password if you believe your password may have become known to an unauthorized person. Bank of America will have no liability to you for any unauthorized payment or transfer made using your password that occurs before you have notified us of possible unauthorized use and we have had a reasonable opportunity to act on that notice. We may suspend or cancel your password even without receiving such notice from you, if we suspect your password is being used in an unauthorized or fraudulent manner. For businesses who use the additional services described in the Business Services Addendum, this section applies to all passwords, including those assigned to users or Administrators. You are responsible for all transactions performed by you and any designated user(s), including Administrator(s), whether you specifically authorize the transactions or not. If you notify us that the person is no longer authorized, then only transactions that person performs after the time you notify us are considered unauthorized

## B. Acknowledgment of Commercially Reasonable Security Procedures

By using the Services, you acknowledge and agree that this Agreement sets forth security procedures for electronic banking transactions that are commercially reasonable. You agree to be bound by instructions, whether authorized or unauthorized, which we implement in compliance with these procedures, unless you have given us prior notice of possible unauthorized use as described above (and we had a reasonable opportunity to act on such notice).

## C. Limitation of Bank's Liability

If we fail or delay in making a payment or transfer pursuant to your instructions, or if we make a payment or transfer in an erroneous amount that is less than the amount per your instructions, unless otherwise required by law, our liability shall be limited to interest on the amount that we failed to timely pay or transfer, calculated from the date on which the payment or transfer was to be made until the date it was actually made or you canceled the instructions. We may pay such interest either to you or the intended recipient of the payment or transfer, but in no event will we be liable to both parties, and the payment to either party will fully discharge any obligation to the other. If we make a payment or transfer in an erroneous amount that exceeds the amount per your instructions, or if we permit an unauthorized payment or transfer after we have had a reasonable time to act on a notice from you of possible unauthorized use as described above, unless otherwise required by law, our liability will be limited to a refund of the amount improperly paid or transferred, plus interest thereon from the date of the payment or transfer to the date of the refund, but in no event to exceed 60 days' interest. If we become liable to you for interest compensation under this Agreement or applicable law, such interest shall be calculated based on the average federal funds rate at the Federal Reserve Bank in the district where Bank of America is headquartered for each day interest is due, computed on the basis of a 360-day year. Unless otherwise required by law, in no event will Bank of

America be liable to you for special, indirect or consequential damages including, without limitation, lost profits or attorney's fees, even if we are advised in advance of the possibility of such damages.

For the provisions governing our liability for ACH or Wire Transfers, please see Section 6.E above.


# 10. Disclaimer of Warranties, Limitation of Liability and Indemnification

## A. Disclaimer of Warranties

EXCEPT AS OTHERWISE PROVIDED HEREIN, AND SUBJECT TO APPLICABLE LAW, NEITHER WE NOR OUR VENDORS, INCLUDING OUR OR THEIR OWNERS, DIRECTORS, OFFICERS OR AGENTS, MAKE ANY EXPRESS OR IMPLIED WARRANTIES, REPRESENTATIONS OR ENDORSEMENTS WHATSOEVER WITH RESPECT TO THE SERVICES.  WE AND OUR VENDORS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, WITH REGARD TO THE SERVICES DESCRIBED OR PROVIDED. NEITHER WE NOR OUR VENDORS, INCLUDING OUR OR THEIR OWNERS, DIRECTORS, OFFICERS OR AGENTS, WARRANT THAT THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE, OR THAT DEFECTS WILL BE CORRECTED. THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. FOR PURPOSES OF THIS AGREEMENT, "VENDOR(S)" MEANS ANY THIRD-PARTY SERVICE PROVIDER, NETWORK OR PARTNER FINANCIAL INSTITUTION WE MAY ENGAGE TO PERFORM FUNCTIONS FOR US UNDER THIS AGREEMENT.

NEITHER WE NOR OUR VENDORS, INCLUDING OUR OR THEIR OWNERS, DIRECTORS, OFFICERS OR AGENTS, WARRANT THAT THE WEB SITE, OR THE SERVER THAT MAKES THEM AVAILABLE, IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION OF PROBLEMS CAUSED BY VIRUSES OR OTHER HARMFUL COMPONENTS.


## B. Limitation of Liability

EXCEPT AS OTHERWISE PROVIDED HEREIN, AND SUBJECT TO APPLICABLE LAW, IN NO EVENT WILL WE OR OUR VENDORS, INCLUDING OUR OR THEIR OWNERS, DIRECTORS, OFFICERS OR AGENTS BE LIABLE FOR ANY DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO ANY DIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY OR OTHER INDIRECT DAMAGES ARISING OUT OF (I) ANY TRANSACTION CONDUCTED THROUGH OR FACILITATED BY THE SERVICES; (II) ANY CLAIM ATTRIBUTABLE TO ERRORS, OMISSIONS, OR OTHER INACCURACIES IN THE SERVICES DESCRIBED OR PROVIDED, (III) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA, OR (IV) ANY OTHER MATTER RELATING TO THE SERVICES DESCRIBED OR PROVIDED, EVEN IF WE OR OUR VENDORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IF YOU ARE DISSATISFIED WITH THE SERVICES OR WITH THE TERMS OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USING THE SERVICES.

FURTHER, WE SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR FAILURE TO EXECUTE ANY TRANSFER OR PERFORM A RELATED ACT IF SUCH FAILURE IS DUE TO CAUSES OR CONDITIONS BEYOND OUR REASONABLE CONTROL, INCLUDING WITHOUT LIMITATION, STRIKES, RIOTS, INSURRECTION, WAR, MILITARY OR NATIONAL EMERGENCIES, ACTS OF GOD, NATURAL DISASTERS. FIRE, OUTAGES OF COMPUTERS OR ASSOCIATED EQUIPMENT, QUARANTINES, PANDEMICS. OR FAILURE OF TRANSPORTATION OR COMMUNICATION METHODS OR POWER SUPPLIES.

IN THOSE STATES WHERE THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES MAY NOT APPLY, ANY LIABILITY OF US OR OUR VENDORS, INCLUDING OUR OR THEIR OWNERS, DIRECTORS, OFFICERS AND AGENTS IN THOSE STATES IS LIMITED AND WARRANTIES ARE EXCLUDED TO THE GREATEST EXTENT PERMITTED BY LAW, BUT SHALL, IN NO EVENT, EXCEED ONE HUNDRED DOLLARS ($100.00).

## C. Indemnification

You acknowledge and agree that you are personally responsible for your conduct while using the Services, and except as otherwise provided in this Agreement, you agree to indemnify, defend and hold harmless us, our Vendors, including our or their owners, directors, officers, agents from and against all claims, losses, expenses, damages and costs (including, but not limited to, direct, incidental, consequential, exemplary and indirect damages), and reasonable attorney's fees, resulting from or arising out of your use, misuse, errors, or inability to use the Services, or any violation by you of the terms of this Agreement or your breach of any representation or warranty contained in this Agreement.

The provisions of Sections 10.A, B and C shall survive termination of this Agreement.

**A. Service Charges**

Except as otherwise provided in this Agreement or your applicable account agreements and schedule of fees, there is no service charge for accessing your linked accounts with the Service.

In addition to the fees already described in this Agreement, you should note that depending on how you access the Services, you might incur charges for:

- Normal account fees and service charges, such as stop payment requests.
- Internet service provider fees.
- Wireless carrier fees.
- Returned item fees from the payee or overdraft fees may apply if you schedule payments or transfers and your available balance is not sufficient to process the items on the dates scheduled and/or on the dates when the items are presented to us for payment.

**B. Service Hours**

The Services are available 365 days a year and 24 hours a day, except during system maintenance and upgrades. When this occurs, a message will be displayed on-line when you sign on to use the Services. Our Call Centers are available Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m. local time, excluding bank holidays, and may be reached through the contact numbers contained in the applicable sections of this Agreement. You may also write us at:

**Bank of America**
**FL1-300-02-07**
**P.O. Box 25118**
**Tampa, FL 33622-5118**

**C. Business Days**

For the Services, our business days are Monday through Friday, excluding bank holidays. For investment accounts only, all stock exchange closures and holidays will be observed (such as Good Friday) as well as the bank holidays.

**D. Changes to Agreement**

We may add, delete or change the terms of this Agreement at any time.  We will inform you of changes when legally required and will try to inform you of the nature of any material changes even when not legally required to do so. We may communicate changes by either mail, email or a notice on our website and will make the updated terms available on our website.  You agree that by continuing to use the Services after the date that changes are posted to our website, such changes will be effective for transactions made after that date, whether or not you access the website or otherwise receive actual notice of the changes. If you do not agree with a change, you may discontinue using the Services.

**E. Cancellation**

The Services remain in effect until they are terminated by you or Bank of America. You may cancel one or more of your Services at any time by notifying us of your intent to cancel in writing, through secure mail, or by calling customer service at **800.432.1000**. For small business accounts, call **866.758.5972**. This cancellation applies to your Services, and does not terminate your Bank of America accounts. We recommend that you cancel any scheduled payments prior to notifying us that you are discontinuing the Service. Otherwise, Bank of America will cancel any scheduled payments within two (2) business days from the date we receive your request to discontinue the Service. If you close your primary checking account, or there is no longer any eligible funding account linked to your Service, any unprocessed payments will be canceled. The Services will also end if you close all accounts linked to your profile.

We may terminate your participation in any or all of your Services for any reason, including inactivity, at any time. We will try to notify you in advance, but we are not obliged to do so.

We may disclose information about your accounts to consumer reporting agencies and to other persons or agencies who, in our judgment, have a legitimate purpose for obtaining information, as more fully described in the account agreement for the applicable account.

By enrolling in online and mobile banking, you will be automatically enrolled in the Bank's merchant rewards program, BankAmeriDeals, whereby the Bank will share anonymized transaction information with vendors in order to facilitate your participation in the rewards program and present offers that may be of interest to you.  By participating in BankAmeriDeals, the Bank will also share anonymized transaction information with participating merchants, third parties and card networks to administer your benefits and rewards.  As always, we will only use personally identifiable information if needed and in accordance with our Online Privacy Notice and U.S. Consumer Privacy Notice.

By using the Services, you authorize your wireless carrier to use or disclose information about your account and your wireless device, if available, to Bank of America or its service provider for the duration of your business relationship, solely to help identify you or your wireless device and to prevent fraud. See our Online Privacy Notice and U.S. Consumer Privacy Notice to see how we treat your data.

Erica is the Bank's virtual financial assistant (a bot) that provides automated responses to your questions. We keep a record of your conversations with Erica for quality assurance, to maintain an accurate account of your requests, identify opportunities to make Erica's responses more helpful and ensure Erica's performance is optimal. When you interact with Erica by voice, the discussions are recorded and saved for 90 days so they can be analyzed to help refine listening skills. You acknowledge that once you invoke the microphone in a session, Erica may capture, record, and transcribe other voices in addition to yours, and may continue recording for a period of time (up to 15 seconds) unless you close Erica or log out of the mobile app.

We will only use personally identifiable information in accordance with our Online Privacy Notice and U.S. Consumer Privacy Notice.  For more information, go to our Web site at https://www.bankofamerica.com/privacy.

We make security and the protection of your information a top priority. You can access our Online Privacy Notice and U.S. Consumer Privacy Notice at https://www.bankofamerica.com/security-center/overview/, which are incorporated into and made a part of this Agreement by this reference.

**G. Consent to Provide Electronic Communications**

As part of your enrollment in the Services, you consented to the Electronic Communications Disclosure ("eCommunications Disclosure") which allows us to provide you with account-related communications electronically. Pursuant to this consent, we will deliver these communications electronically by either posting the communication to your secure mailbox or to our website, sending it to your email address or by other electronic means. You are responsible for providing us with a valid e-mail address to accept delivery of electronic communications and you must notify us of any changes or updates to your email address. You agree that once we email or post the communications within our website, we have delivered the Communications to you in a form that you can retain. You have the option to view, save, or print PDF versions of your account documents from the Website via desktop, tablet or mobile device.

Business Services Addendum

Some accounts and services, and the fees that apply to them, vary from state to state. Please review the information for your state in the Personal Schedule of Fees (at www.bankofamerica.com/feesataglance or at your local Banking Center) and in the Online Banking Service Agreement at www.bankofamerica.com/serviceagreement.

Bank of America, N.A. Member FDIC. Equal Housing Lender  
© 2023 Bank of America Corporation. All Rights Reserved.

Patent: patents.bankofamerica.com

Connect with us

    

# EXHIBIT

# G

**Funds Transfer Agreement**

This is an Agreement between you ("Customer" or "you") and Bank of America, N.A. and its subsidiary banks ("Bank" or "we", "us", etc.)

By requesting the Bank to execute payment orders to transfer funds for you, you hereby agree to the following terms and conditions:

1. The Bank will exercise reasonable efforts to execute all payment orders on the Business Day received, when received prior to our daily deadline which we may establish and change from time to time. "Business Day" means that part of a day during which the Bank is open for the receipt and processing of payment orders. Saturdays, Sundays, and bank holidays are not considered Business Days. You agree that the Bank may handle payment orders received from you and other customer in any order selected by us, and that we may use any means or routes which we, in our sole discretion, consider suitable for the transmission of funds. The Bank shall be under no obligation to make any transfer unless you have on deposit with the Bank in one or more accounts available funds sufficient to cover such transfer, or you present sufficient funds in person at the time of making the transfer request. However, the Bank may, in its sole discretion execute a payment order which causes an overdraft in your account in which case you shall be liable for the overdraft any overdraft fees and interest thereon, as set forth in the Deposit Agreement which governs your account.

The Bank may execute certain payment orders for you known as "Remittance Transfers". A Remittance Transfer is an electronic funds transfer initiated by a consumer primarily for personal, family or household purposes to a designated recipient in a foreign country. Effective on the date set forth in the final rule implementing EFTA (defined below), federal law provides certain rights and obligations related to Remittance Transfers that may differ from rights and obligations that apply to other types of payment orders, including disclosure, cancellation and error resolution rights. To the extent the provisions of this Agreement are inconsistent with the oral or written disclosures provided to you for a Remittance Transfer governed by Section 919 of the Electronic Funds Transfer Act (EFTA), 15 U.S.C. Section 1693o-1, the terms of the disclosures provided at the time of the Remittance Transfer shall govern. Notwithstanding anything to the contrary contained herein, the rights and obligations that apply to Remittance Transfers are set forth in the EFTA and, as applicable, as set forth in New York law.

2. For certain transfers of funds made out of the Bank accounts, we will provide a confirmation to you by mail at the address indicated in our records or through Online Banking if you selected paperless delivery through Online Banking for your deposit account documents. The confirmation will note the date and the amount of the transfer and the bank or institution to which the transfer was made. You agree to examine the confirmation promptly upon receipt and to notify us immediately of any discrepancy between the confirmation and your records. The Bank shall not be liable for interest compensation, as set forth below, unless the Bank is notified of the discrepancy within 30 days from the date of your receipt of the confirmation or your bank statement including the debit for the payment order in question, whichever is earlier.

3. You agree to pay all fees as determined by the Bank's fee schedules for money transfers, which we may change from time to time. You further agree to reimburse the Bank for any actual expenses we may incur to effect or revoke any transfer or perform any related act at your request. In addition, if you specify that your wire transfer should be routed through an intermediary or "send thru" bank, that bank may impose additional charges that will be charged to you.

4. You expressly agree that the Bank shall be liable to you only for our negligent performance or non-performance of the services provided pursuant to the Agreement, and that our responsibility thereunder shall be limited to the exercise of reasonable and ordinary care. The Bank shall not be liable for any error or delay on the part of any third party, including without limitation third parties used by the Bank, in executing any payment order or performing a related act, or for any error or delay in executing a payment order or performing a related act due to any cause other than our own failure to exercise reasonable and ordinary care, and no such third party shall be deemed to be our agent. Further, we shall not be liable to you or any third party for failure to execute any transfer or perform a related act if such failure is due to causes or conditions beyond our reasonable control, including without limitations, strikes, riots, insurrection, war, military, or national emergencies, acts of God, natural disasters, fire, outage of computers or associated equipment, or failure of transportation or communication methods or power supplies. In no event shall the Bank be liable for special, indirect or consequential damages, including, without limitations, loss or damages from subsequent wrongful dishonor resulting from Bank's acts or omissions, except as may be otherwise provided by law. Bank shall not be liable for your attorney's fees, except as required by law. The Bank's liability shall, in the event of delay or failure to transfer, be limited to the interest on the amount transferred in error, plus interest thereon from the date of the transfer until the date of the refund, but not to exceed sixty days. Except as may be limited by applicable law, you agree to indemnify the Bank and hold the Bank harmless (including payment of reasonable attorney's fees) against all liability to third parties arising out of, or in connection with, the terms and conditions of this Agreement or the services provided thereunder or otherwise pursuant to your instructions.

5. (a) This agreement shall be governed by and interpreted according to (i) U.S. federal law and (ii) the law of the state of New York, without reference to the principles of conflicts of law of the U.S. or of such state. (b) Wire transfers to your account or funded from your account or otherwise funded by you may involve one or more funds transfer systems, including, without limitation, Fedwire, Clearing House Interbank Payments System (CHIPS) or through Society for Worldwide Interbank Financial Telecommunication (SWIFT). Accordingly, notwithstanding any choice of law that may be provide elsewhere in this agreement, such wire transfers will be governed by the rules of any funds transfer system through which the transfers are made, as amended from time to time, including, without limitation, Fedwire, the National Automated Clearing House Association, any regional association (each an "ACH"), CHIPS and SWIFT. Funds transfer through Fedwire will be governed by, and subject to, Regulation J, Subpart B, and Uniform Commercial Code Article 4A incorporated by reference thereunder. Wire transfers through CHIPS are governed by, and subject to, CHIPS Rules and Administrative Procedures and by the laws of the State of New York, including Article 4-A of the New York Uniform Commercial Code, regardless of whether the payment message is part of a wire transfer that is a Remittance Transfer, except that in the case of an inconsistency between New York law and EFTA, EFTA shall govern. With respect to payment orders issued executed through SWIFT, the SWIFT operating rules shall govern the payment orders.

6. You are hereby notified that in the event that you provide an incorrect account number or institutional identifying number, and we are not able to recover the funds, you may lose the amount of the payment order.

7. Once a wire has been sent, or in the case of a Remittance Transfer, after the thirty (30) minute cancellation period indicated below has expired, the Bank may at its option accept your cancellations or amendments to a payment order. You acknowledge that if the Bank attempts to cancel or amend then the reversal request or amendment must be agreed to by each financial institution which has accepted a payment order related to the funds transfer at issue before it will be acted upon and further agree that the Bank shall have no liability if a cancellation or amendment is not effected. You agree that you shall indemnify and hold the Bank and offices, directors, employees, and representatives harmless from and against any and all claims, demands, losses, liabilities and expenses, including attorneys' fees and costs, resulting directly or indirectly from compliance with your cancellation or amendment request.

RECALLING AN INTERNATIONAL WIRE TRANSFER

Once an international wire transfer has been sent it cannot be cancelled. You may request an international wire transfer be recalled, and we will communicate your request to the beneficiary's bank. If the beneficiary's bank agrees to return the funds to us, then upon confirmation of receipt of funds in our accounts, we will credit your account at the current Bank of America buy rate for the currency that day. Please note that the exchange rate will be different from the original rate applied to the outgoing wire, which may result in a loss to you. Furthermore, the foreign bank may assess charges for their services, which will be deducted from the amount returned to you. We will have no liability to you if the foreign bank or foreign beneficiary refuses your request to recall the international wire transfer.

RETURNED WIRES

If an international wire transfer is returned by the receiving bank for no fault of ours, we will credit your account at the current Bank of America retail buy rate for that currency that day. Please note that the exchange rate will be different from the original rate applied to the outgoing wire, which may result in a loss to you. Furthermore, the foreign bank may assess charges for their services, which will be deducted from the amount returned to you.

REMITTANCE TRANSFERS

You have the right to cancel a Remittance Transfer and obtain a refund of all funds paid to us, including any fees, within 30 minutes of your confirmation of the transfer. In order to cancel, you may visit your local financial center or contact us at 1.877.337.8357, or from outside of the U.S., contact us at 1.302.781.6374 (collect calls). If a wire transfer has been initiated in online banking, the best way to cancel the transfer is to sign in to your account at www.bankofamerica.com. When you contact us, you must provide us with information to help us identify the transfer you wish to cancel, including the amount and location where the funds were sent. We will refund your money within three (3) business days of your request to cancel a transfer as long as the funds have not already been picked up or deposited into a recipient's account.

8. In the event that the Bank shall be liable to you for interest compensation hereunder or under applicable law, interest shall be calculated on the basis of the average Federal Funds rate at the Federal Reserve Bank of Richmond for each day of the period involved computed on the basis of a 360-day year and shall be remitted by (1) direct payment to you, or (2) providing a balance earnings credit to your account with us.

9. The Bank will use best efforts to provide oral, written or electronic notice to you of rejection of a payment order on the execution date of the order; provided, however, that the Bank shall not be liable to you for interest compensation for its failure to give such notice.

10. If you send U.S. Dollars to a Non-USD Account, your payment may be converted into Local Currency by an intermediary bank or the receiving bank (and we may receive compensation in connection with any such conversion). We are not responsible for the exchange rate applied by any intermediary bank or the receiving bank.

11. Exchange rates fluctuate, at times significantly, and you acknowledge and accept all risks that may result from such fluctuations. If we assign an exchange rate to your foreign exchange transaction, that exchange rate will be determined by us in our sole discretion based upon such factors as we determine relevant, including without limitation, market conditions, exchange rates charged by other parties, our desired rate of return, market risk, credit risk and other market, economic and business factors, and is subject to change at any time without notice. You acknowledge that exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day, as may be reported in The Wall Street Journal or elsewhere. Exchange rates offered by other dealers or shown at other sources by us or other dealers (including online sources) may be different from our exchange rates. The exchange rate you are offered may be different from, and likely inferior to, the rate paid by us to acquire the underlying currency.

We provide all-in pricing for exchange rates. The price provided may include profit, fees, costs, charges or other mark ups as determined by us in our sole discretion. The level of the fee or markup may differ for each customer and may differ for the same customer depending on the method or venue used for transaction execution.

We also may take proprietary positions in certain currencies. You should assume we have an economic incentive to be a counterparty to any transaction with you. Again, you have no interest in any profit associated with this activity and those profits are solely for our account.

You acknowledge that the parties to these exchange rate transactions engaged in arm's-length negotiations. You are a customer and these transactions do not establish a principal/agent relationship or any other relationship that may create a heightened duty for us.

We do not accept any liability for our exchange rates. Any and all liability for our exchange rates is disclaimed, including without limitation direct, indirect or consequential loss, and any liability if our exchange rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (including but not limited to bank-notes, checks, wire transfers, etc.).